Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:   (818) 992-9999
Facsimile:    (818) 992-9991
E-Mail:       npr@rpnlaw.com
              mlp@rpnlaw.com

Attorneys for Plaintiffs, LARGO CONCRETE, INC. and
N.M.N. CONSTRUCTION, INC.

ORIGINAL FILED
SEP 24 AM 8:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>　　　　　　Defendants. | Case No. C07-04651 CRB (ADR)<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION VIA PERSONAL SERVICE ON DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>NICHOLAS P. ROXBOROUGH, ESQ., Bar #113540<br>ROXBOROUGH, POMERANCE & NYE LLP<br>5820 CANOGA AVENUE<br>SUITE 250<br>WOODLAND HILLS, CA 91367<br>*Telephone No:* 818-992-9999   *FAX No:* 919-992-9991 | | | | | *For Court Use Only* |
| | | | | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | | |
| *Plaintiff:* LARGO CONCRETE, INC., ETC., ET AL. | | | | | |
| *Defendant:* LIBERTY MUTUAL FIRE INSURANCE COMPANY, ETC. | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-04651 CRB ADR | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES ; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION .

3. a. Party served:   LIBERTY MUTUAL FIRE INSURANCE COMPANY, A MASSACHUSETTS CORPORATION
   b. Person served:   RHONDA TUCK, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT., SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:   2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 14, 2007 (2) at: 10:05AM

7. *Person Who Served Papers:*
   a. MICHAEL MORRIS

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
     (i)   Independent Contractor
     (ii)  *Registration No.:*   04-009
     (iii) *County:*   Placer
     (iv)  *Expiration Date:*   Wed, Jul. 30, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Mon, Sep. 17, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(MICHAEL MORRIS)
3906829.nicro.86459

**PROOF OF SERVICE**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

      I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

      On **September 20, 2007**, I served the foregoing document described as **NOTICE OF FILING PROOF OF SERVICE OF SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION VIA PERSONAL SERVICE ON DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| **Rhonda Tuck**<br>**CSC Lawyers Incorporating Service**<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA 95833 | **Agent for Service of Process for Defendant**<br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

☒  **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 20, 2007**, at Woodland Hills, California.

*/s/ Jennifer Michaelis*
_____
Jennifer Michaelis