Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:  (818) 992-9999
Facsimile:   (818) 992-9991
E-Mail:      npr@rpnlaw.com
             mlp@rpnlaw.com

Attorneys for Plaintiffs, LARGO CONCRETE, INC. and
N.M.N. CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  C07-04651 CRB (ADR)<br><br>**PLAINTIFFS LARGO CONCRETE INC. AND N.M.N. CONSTRUCTION, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>The Hon. Charles R. Breyer<br><br>Complaint filed on September 10, 2007<br><br>[Pursuant to Civil L.R. 3-16] |

Pursuant to *Civil Local Rule* 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: October 9, 2007         ROXBOROUGH, POMERANCE & NYE LLP

                               By: /s/ *signature*
                               NICHOLAS P. ROXBOROUGH, ESQ.
                               MICHAEL L. PHILLIPS, ESQ.
                               Attorneys for Plaintiffs, LARGO CONCRETE, INC.
                               and N.M.N. CONSTRUCTION, Inc.

-1-

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **October 15, 2007**, I served the foregoing document described as **PLAINTIFFS LARGO CONCERTE INC. AND N.M.N. CONSTRUCTION, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| **Frank Falzetta, Esq.**<br>**Scott Sveslosky, Esq.**<br>**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071-1448<br>Tel:  (213) 620-1780<br>Fax: (213) 620-1398 | **Attorneys for Defendant,**<br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

**Ted C. Lindquist, III, Esq.**
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Tel:  (415) 434-9100
Fax: (415) 434-3947

☒ **BY U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 15, 2007**, at Woodland Hills, California.

_____
Jennifer Michaelis