FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. <br><br> Defendants. | Case No. C07-04651 CRB (ADR) <br><br> Hon. Charles R. Breyer <br> [Complaint Filed: September 10, 2007] <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING (1) HEARING ON MOTION TO DISQUALIFY; AND (2) CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.** <br><br> [Declaration of Nicholas Roxborough filed concurrently] |
| AND RELATED COUNTERCLAIM | |

## STIPULATION

This Stipulation is entered into by and between plaintiff Largo

Concrete, Inc. and plaintiff and counterdefendant N.M.N. Construction, Inc.

(collectively "Plaintiffs"), by and through their attorney of record, Nicholas

1  Roxborough Esquire, of Roxborough, Pomerance & Nye LLP, and defendant and

2  counterclaimant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and

3  through its attorney of record, Frank Falzetta, Esquire of Sheppard, Mullin, Richter

4  & Hampton LLP, with respect to the following facts:

6          WHEREAS, on September 10, 2007, Plaintiffs filed a Complaint

7  against Liberty Mutual;

9          WHEREAS, on September 10, 2007, the Court issued an Order Setting

10  Initial Case Management Conference and ADR Deadlines ("CMC Order"), which

11  directs the parties to (i) meet and confer regarding their initial disclosures, early

12  settlement, ADR process selection, and discovery plan, and file a Joint ADR

13  Certification. by November 26, 2007, and (ii) file their Rule 26(f) Report, complete

14  initial disclosures, and file a Case Management Statement by December 7, 2007;

16          WHEREAS, the Court has set an Initial Case Management Conference

17  ("CMC") to occur at 8:30 a.m. on December 14, 2007;

19          WHEREAS, on October 3, 2007, Liberty Mutual filed an Answer to

20  Plaintiffs' Complaint and a Counterclaim against defendant N.M.N. Construction,

21  Inc. for breach of contract;

23          WHEREAS, on October 23, 2007, Liberty Mutual filed a Motion to

24  Disqualify Roxborough, Pomerance & Nye (the "Roxborough firm") from

25  representing Plaintiffs in this matter;

27          WHEREAS, Liberty Mutual's Motion to Disqualify the Roxborough

28  firm is currently set for hearing before this Court on November 30, 2007;

1   WHEREAS during the week of November 26, 2007 Mr. Roxborough
2   must report for jury duty at Los Angeles County Superior Court, which would
3   prevent him from being able to attend the November 30, 2007 hearing on Liberty
4   Mutual's Motion to Disqualify;

5

6   WHEREAS, Mr. Roxborough has a very heavy schedule on his
7   calendar during the weeks of October 29 and November 5, 2007 such that preparing
8   a thorough opposition to Liberty Mutual's Motion to Disqualify by the current
9   November 9, 2007 deadline would be very difficult;

10

11  WHEREAS, Liberty Mutual cannot participate in the early meting of
12  counsel with the Roxborough firm and discuss early settlement, a discovery plan,
13  etc., because it believes that the Roxborough firm is ethically prohibited from
14  representing Plaintiffs adverse to Liberty Mutual in this matter;

15

16  WHEREAS, until the Court rules on Liberty Mutual's Motion to
17  Disqualify the Roxborough firm, it is at the very least premature for the parties to
18  comply with the deadlines set by the Court's CMC Order or participate in a CMC.

19

20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
21  by and between the parties that:

22

23  1.     The hearing on Liberty Mutual's Motion to Disqualify the
24  Roxborough Firm is continued to December 14, 2007;

25

26  2.     The CMC is continued to January 11, 2008; and

27

28

1        3.    All other pre-CMC deadlines are continued as set forth in the

2  Court's CMC Order.

3

4  Dated:  October 30, 2007

5                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6

7                        By  _____

8                                FRANK FALZETTA

9                         Attorneys for Defendant and Counterclaimant
                              LIBERTY MUTUAL FIRE

10                             INSURANCE COMPANY
    Dated:  October 30, 2007

11

12                        ROXBOROUGH, POMERANCE & NYE LLP

13

14                        By  _____

15                             NICHOLAS ROXBOROUGH
                           Attorneys for Plaintiffs and Counterdefendant

16                         LARGO CONCRETE, INC. and
                           N.MN. CONSTRUCTION, INC.

17

18

19                          **ORDER**

20

21       The Court, having read and considered the foregoing Stipulation, and

22  good cause appearing therefore,

23

24       IT IS HEREBY ORDERED as follows:

25

26        1.    The hearing on Liberty Mutual's Motion to Disqualify the

27  Roxborough Firm is continued to December 14, 2007 at 10:00 a.m. in Courtroom 8;

28

1          2.    The CMC is continued to January 11, 2008 at 8:30 a.m. in

2    Courtroom 8; and

3

4          3.    All other pre-CMC deadlines are continued as set forth in the

5    Court's CMC Order.

6

7    Dated: November ___, 2007

8

9                                        _____

10                                       THE HON. CHARLES R. BREYER
                                         DISTRICT COURT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:1SCS1\400503972.1                  -5-