Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:  (818) 992-9999
Facsimile:  (818) 992-9991
E-Mail:     npr@rpnlaw.com
            mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**DECLARATION OF NICHOLAS ROXBOROUGH FILED IN SUPPORT OF STIPULATION CONTINUING (1) HEARING ON MOTION TO DISQUALIFY; AND (2) CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[Stipulation and Order Filed and Served Concurrently Herewith]<br><br>Complaint filed on September 10, 2007 |
| AND RELATED COUNTERCLAIM | [Pursuant to Civil L.R. 7-7] |

I, NICHOLAS ROXBOROUGH, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a partner with Roxborough, Pomerance & Nye LLP, attorneys of record for the plaintiff Largo Concrete, Inc. and plaintiff and counter-defendant N.M.N. Construction, Inc. (collectively "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called and sworn as a witness, could and would testify competently thereto.

2.  During the week of November 26, 2007, I must report for jury duty at Los Angeles County Superior Court, which would prevent me from being able to attend the November 30, 2007 hearing on Liberty Mutual's Motion to Disqualify Roxborough,

Pomerance & Nye LLP from representing Plaintiffs in this matter.

3. During the weeks of October 29 and November 5, 2007, I have a very heavy schedule on my calendar such that preparing a thorough opposition by the current November 9, 2007 deadline would be very difficult.

I declare under perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 30th day of October 2007 at Woodland Hills, California.

_____
NICHOLAS ROXBOROUGH