FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING (1) HEARING ON MOTION TO DISQUALIFY; AND (2) CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES.**<br><br>[Declaration of Nicholas Roxborough filed concurrently] |

## STIPULATION

This Stipulation is entered into by and between plaintiff Largo Concrete, Inc. and plaintiff and counterdefendant N.M.N. Construction, Inc. (collectively "Plaintiffs"), by and through their attorney of record, Nicholas

Roxborough Esquire, of Roxborough, Pomerance & Nye LLP, and defendant and counterclaimant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and through its attorney of record, Frank Falzetta, Esquire of Sheppard, Mullin, Richter & Hampton LLP, with respect to the following facts:

WHEREAS, on September 10, 2007, Plaintiffs filed a Complaint against Liberty Mutual;

WHEREAS, on September 10, 2007, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("CMC Order"), which directs the parties to (i) meet and confer regarding their initial disclosures, early settlement, ADR process selection, and discovery plan, and file a Joint ADR Certification. by November 26, 2007, and (ii) file their Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement by December 7, 2007;

WHEREAS, the Court has set an Initial Case Management Conference ("CMC") to occur at 8:30 a.m. on December 14, 2007;

WHEREAS, on October 3, 2007, Liberty Mutual filed an Answer to Plaintiffs' Complaint and a Counterclaim against defendant N.M.N. Construction, Inc. for breach of contract;

WHEREAS, on October 23, 2007, Liberty Mutual filed a Motion to Disqualify Roxborough, Pomerance & Nye (the "Roxborough firm") from representing Plaintiffs in this matter;

WHEREAS, Liberty Mutual's Motion to Disqualify the Roxborough firm is currently set for hearing before this Court on November 30, 2007;

1  WHEREAS during the week of November 26, 2007 Mr. Roxborough
2  must report for jury duty at Los Angeles County Superior Court, which would
3  prevent him from being able to attend the November 30, 2007 hearing on Liberty
4  Mutual's Motion to Disqualify;
5
6  WHEREAS, Mr. Roxborough has a very heavy schedule on his
7  calendar during the weeks of October 29 and November 5, 2007 such that preparing
8  a thorough opposition to Liberty Mutual's Motion to Disqualify by the current
9  November 9, 2007 deadline would be very difficult;
10
11  WHEREAS, Liberty Mutual cannot participate in the early meting of
12  counsel with the Roxborough firm and discuss early settlement, a discovery plan,
13  etc., because it believes that the Roxborough firm is ethically prohibited from
14  representing Plaintiffs adverse to Liberty Mutual in this matter;
15
16  WHEREAS, until the Court rules on Liberty Mutual's Motion to
17  Disqualify the Roxborough firm, it is at the very least premature for the parties to
18  comply with the deadlines set by the Court's CMC Order or participate in a CMC.
19
20  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
21  by and between the parties that:
22
23  1.    The hearing on Liberty Mutual's Motion to Disqualify the
24  Roxborough Firm is continued to December 14, 2007;
25
26  2.    The CMC is continued to January 11, 2008; and
27
28

W02-WEST:1SCS1\400503972.1                -3-

3. All other pre-CMC deadlines are continued as set forth in the Court's CMC Order.

Dated: October 30, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
FRANK FALZETTA
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Dated: October 30, 2007

ROXBOROUGH, POMERANCE & NYE LLP

By _____
NICHOLAS ROXBOROUGH
Attorneys for Plaintiffs and Counterdefendant
LARGO CONCRETE, INC. and
N.MN. CONSTRUCTION, INC.

## ORDER

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. The hearing on Liberty Mutual's Motion to Disqualify the Roxborough Firm is continued to December 14, 2007 at 10:00 a.m. in Courtroom 8;

W02-WEST:1SCS1\400503972.1                    -4-

2. The CMC is continued to January 11, 2008 at 8:30 a.m. in Courtroom 8; and

3. All other pre-CMC deadlines are continued as set forth in the Court's CMC Order.

Dated: November 02, 2007



THE HON. CHARLES R. BREYER
DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

W02-WEST:1SCS1\400503972.1

-5-