Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
E-Mail:    npr@rpnlaw.com
           mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**STIPULATION AND NOTICE OF:**<br><br>**1. CONTINUED HEARING ON LIBERTY MUTUAL'S MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE, & NYE, LLP;**<br><br>Current Hearing Date:  12/14/07<br>Proposed New Hearing Date:  12/21/07 |
| AND RELATED COUNTERCLAIM | Complaint filed: September 10, 2007<br>[Pursuant to Civil L.R. 7-7] |

Pursuant to *Civil Local Rules* 7-7 and 7-12 Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel, this Stipulation is entered into with respect to the following facts:

-1-

1  WHEREAS, on October 23, 2007, Liberty filed a Motion to Disqualify
2  Roxborough, Pomerance & Nye, LLP from representing Largo in this matter;
3  WHEREAS, Liberty's motion is currently set for hearing before this Court on
4  December 14, 2007;
5  WHEREAS, the parties are working together to conduct the depositions of
6  individuals providing evidence regarding the issues raised in Liberty's Motion to
7  Disqualify Roxborough, Pomerance & Nye, LLP from representing Largo in this matter;
8  WHEREAS, Lisa Kralik Hansen, an individual providing a declaration in support
9  of Liberty's motion, is unavailable to appear for deposition until the week of November
10  26, 2007;
11  WHEREAS, Largo desires to take the deposition of Lisa Kralik Hansen prior to
12  filing their Opposition to Liberty's Motion to Disqualify Roxborough, Pomerance &
13  Nye, LLP from representing Largo in this matter;
14  WHEREAS, Liberty may need to depose the individuals who provide declarations
15  in support of Largo's Opposition to Liberty Motion to Disqualify, prior to the filing of its
16  Reply Brief
17
18  For these reasons, IT IS HEREBY STIPULATED by the parties, through their
19  respective counsel of record, that the Court enter an Order as follows:
20  A.  The hearing on Liberty's Motion to Disqualify Roxborough,
21  Pomerance, & Nye, LLP currently scheduled for December 14, 2007 at 10:00 a.m. in
22  Courtroom 8 of this Court is continued to December 21, 2007 at 10:00 a.m. in
23  Courtroom 8 of this Court.
24  B.  The date upon which Liberty must file and serve their Reply Brief to
25  Largo's Opposition is extended to December 14, 2007.
26  C.  This Initial Case Management Conference currently scheduled for
27  December 14, 2007 at 10:00 a.m. in Courtroom 8 of this Court is continued to December
28  21, 2007 at 10:00 a.m. in Courtroom 8 of this Court.

-2-

IT IS SO STIPULATED.

DATED: November 20, 2007         ROXBOROUGH, POMERANCE & NYE LLP

By: _____
NICHOLAS P. ROXBOROUGH, ESQ.
MICHAEL L. PHILLIPS, ESQ.
Attorneys for Plaintiffs/Counter-Defendants,
LARGO CONCRETE, INC. and N.M.N.
CONSTRUCTION, Inc.

DATED: November 20, 2007         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
FRANK FALZETTA
Attorneys for Defendant/Counter-Claimant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:   November 26, 2007

_____
Honorable Judge Charles R. Breyer



# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **November 20, 2007**, I served the foregoing documents described as **STIPULATION AND NOTICE OF CONTINUED HEARING ON LIBERTY MUTUAL'S MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE & NYE, LLP** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Frank Falzetta, Esq.<br>Scott Sveslosky, Esq.<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071-1448<br>Tel: (213) 620-1780 \| Fax: (213) 620-1398<br>Email: ffalzetta@sheppardmullin.com<br>ssveslosky@sheppardmullin.com | **ATTORNEYS FOR DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

☒ **BY ELECTRONIC MAIL:** I caused such documents listed above to be transmitted via e-mail to each of the parties on the attached service list at the e-mail address as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the each addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 20, 2007**, at Woodland Hills, California.

_____
ELIA RAMIREZ

-1-