Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:   (818) 992-9999
Facsimile:    (818) 992-9991
E-Mail:   npr@rpnlaw.com
           mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation. <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR) <br> *The Hon. Charles R. Breyer* <br><br> **DECLARATION OF MICHAEL L. PHILLIPS IN OPPOSITION TO LIBERTY MUTUAL'S MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE & NYE FROM REPRESENTING PLAINTIFFS** <br><br> Date: December 21, 2007 <br> Time: 10:00 a.m. <br> Ctrm: 8 <br><br> [Memorandum of Points and Authorities; Objections To Evidence Submitted In Support Of Liberty Mutual's Motion To Disqualify and Supporting Declarations Filed and Served Concurrently Herewith] <br><br> Complaint filed:   September 10, 2007 |

I, MICHAEL L. PHILLIPS, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am an associate with Roxborough, Pomerance & Nye LLP, attorneys of record for the plaintiff Largo Concrete, Inc. and plaintiff and counter-defendant N.M.N. Construction, Inc. (collectively "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called and sworn as a witness, could and would testify competently thereto.

1

DECLARATION OF MICHAEL L. PHILLIPS IN OPPOSITION TO LIBERTY MUTUAL'S MOTION TO DISQUALIFY-
Case No. C07-04651 CRB (ADR)

1  2. The only cases I have worked on at Roxborough, Pomerance & Nye LLP, that involve any Liberty entity are: *Remedy Temp v. Liberty Mutual Fire Insurance Company*, USCC (CA-Central), Case No. 04-00385 and this matter, *Largo v. Liberty Mutual Fire Insurance Company*. Prior to performing any work on either of these cases, I was instructed by Nicholas Roxborough not to discuss either matter with Craig Pynes. I have not discussed either matter Mr. Pynes or any other associate at Roxborough, Pomerance & Nye LLP.

3. Attached hereto as Exhibit "A" is a true and correct copy of correspondence I sent to counsel for Liberty Mutual in the *Remedy Temp v. Liberty Mutual Fire Insurance Company* matter dated November 26, 2007.

4. Attached hereto as Exhibit "B" is a true and correct copy of correspondence I received from counsel for Liberty Mutual in the *Remedy Temp v. Liberty Mutual Fire Insurance Company* matter dated November 27, 2007.

I declare under perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 30th day of November, 2007 at Woodland Hills, California.

_____
MICHAEL L. PHILLIPS

# EXHIBIT

# A

Case 3:07-cv-04651-CRB    Document 29    Filed 11/30/2007    Page 3 of 9



**ROXBOROUGH POMERANCE & NYE, LLP**

5820 CANOGA AVENUE, SUITE 250
WOODLAND HILLS, CA 91367
PHONE: (818)992-9999
FAX: (818)992-9991
WWW.RPNLAW.COM

NICHOLAS P. ROXBOROUGH
DREW E. POMERANCE
GARY A. NYE
MICHAEL B. ADREANI

DAMON M. RIBAKOFF
CRAIG S. PYNES
DAVID R. GINSBURG
MICHAEL G. KLINE
MARINA N. VITEK
ERIN M. LABRACHE
MICHAEL H. RAICHELSON
JULIE A. TRACY
MICHAEL L. PHILLIPS

LOS ANGELES OFFICE
10866 WILSHIRE BLVD., SUITE 1550
LOS ANGELES, CA 90024-4336
PHONE (310)470-1869
FAX (310)470-9648

November 26, 2007

**Sent Via Facsimile Only**

James F. Henshall, Jr., Esq.
Berger Kahn
P.O. Box 19694
Irvine, CA 92623-9694

Carol A. Rutter
Husch & Eppenberger, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Re:    *Remedy Temp v. Liberty*

Dear Jim and Carol:

    The purpose of this letter is to request, pursuant to the Stipulated Protective Order, that Liberty consent to disclosure of certain documents produced by Liberty during discovery in this matter. We would like to produce a copy of Liberty's Best Practices/Service Standards in conjunction with of our Opposition to Liberty's Motion to Disqualify our firm in the *Largo v. Liberty* matter. This 6-page document was produced as Exhibit 6 to the deposition of Robert Tokin, as well as during the course of other depositions, including the deposition of Carol Kelley.

    Liberty would not be prejudiced by our production of this document in the *Largo v. Liberty* matter and we would be wiling to file the document under seal, if you feel that is necessary. I would appreciate a response to this request by 5:00 on Tuesday, November 27, 2007. If you have any questions or concerns, please do not hesitate to contact our office. Thank you for your anticipate cooperation.

Very truly yours,

ROXBOROUGH, POMERANCE & NYE LLP

MICHAEL L. PHILLIPS

MLP/er
File No. 02045.02
cc:    Nicholas P. Roxborough, Esq.
      Michael B. Adreani, Esq.

# COVER SHEET

# FAX

**To:**	James F. Henshall, Jr., Esq.	**Fax:**	(949) 474-7265
	Berger Kahn

	Carol A. Rutter
	HUSCH & EPPENBERGER, LLC	**Fax:**	(314) 480-1505

**From:**	Michael L. Phillips, Esq.
**Subject:**	Remedy Temp v. Liberty
**Date:**	November 26, 2007
**Pages:**	2, including this page.

COMMENTS:

If there are any problems with this transmission, please contact our office at (818) 992-9999.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

THANK YOU.

From the desk of Elia Ramirez
Roxborough, Pomerance & Nye, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367

(818) 992-9999
Fax: (818) 992-9991

```
          *********************
          ***   TX REPORT   ***
          *********************

TRANSMISSION OK

TX/RX NO                 1859
CONNECTION TEL                   13144801505
SUBADDRESS
CONNECTION ID
ST. TIME                 11/26 15:40
USAGE T                  00'23
PGS. SENT                2
RESULT                   OK
```

# COVER SHEET

# FAX

**To:** James F. Henshall, Jr., Esq.  
Berger Kahn  
**Fax:** (949) 474-7265

Carol A. Rutter  
HUSCH & EPPENBERGER, LLC  
**Fax:** (314) 480-1505

**From:** Michael L. Phillips, Esq.  
**Subject:** Remedy Temp v. Liberty  
**Date:** November 26, 2007  
**Pages:** 2, including this page.

COMMENTS:

If there are any problems with this transmission, please contact our office at (818) 992-9999.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

```
***********************
***  TX REPORT  ***
***********************

TRANSMISSION OK

TX/RX NO              1858
CONNECTION TEL              19494747265
SUBADDRESS
CONNECTION ID
ST. TIME              11/26 15:39
USAGE T               00'24
PGS. SENT             2
RESULT                OK
```

# COVER SHEET

# FAX

| | | | |
|---|---|---|---|
| **To:** | James F. Henshall, Jr., Esq.<br>Berger Kahn | **Fax:** | (949) 474-7265 |
| | Carol A. Rutter<br>HUSCH & EPPENBERGER, LLC | **Fax:** | (314) 480-1505 |

**From:** Michael L. Phillips, Esq.
**Subject:** Remedy Temp v. Liberty
**Date:** November 26, 2007
**Pages:** 2, including this page.

COMMENTS:

If there are any problems with this transmission, please contact our office at (818) 992-9999.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

# EXHIBIT

# B



190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105-3441
314.480.1500
Fax 314.480.1505
www.husch.com

314.480.1934 direct dial
carol.rutter@husch.com

November 27, 2007

*Via Facsimile and U.S. Mail*

Michael L. Phillips, Esq.
Roxborough, Pomerance & Nye, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, CA 91367

    Re:   *RemedyTemp, Inc. v. Liberty Mutual*

Dear Michael:

    This will acknowledge receipt of your letter dated November 26, 2007, concerning Confidential material produced by Liberty Mutual pursuant to Protective Order in the RemedyTemp litigation.

    The terms of the Protective Order in RemedyTemp permit Confidential materials produced to be used only in the RemedyTemp litigation. Liberty Mutual does not consent to the use of the "Best Practices/Service Standards" document referenced in your letter in the Largo Concrete litigation.

    Moreover, the RemedyTemp litigation was finally resolved when it was dismissed with prejudice on September 11, 2006. Pursuant to Paragraph 16 of the Protective Order, Liberty Mutual's Confidential documents, including the document referenced in your letter, were required to be returned to Liberty Mutual at that time. Please promptly comply with your firm's obligations under the Protective Order by returning to James Henshall <u>all</u> Confidential materials produced by Liberty Mutual in the RemedyTemp litigation, with a cc to me advising that this has been done.

    Thank you for your anticipated cooperation in the prompt return of these materials.

                            Very truly yours,

                              Carol A. Rutter

CAR/tg
cc: James Henshall, Esq. (via facsimile)