1   FRANK FALZETTA, Cal. Bar No. 125146
    SCOTT SVESLOSKY, Cal. Bar No. 217660
2   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    333 South Hope Street, 48th Floor
3   Los Angeles, California  90071-1448
    Telephone:    213-620-1780
4   Facsimile:    213-620-1398
    ffalzetta@sheppardmullin.com
5   ssveslosky@sheppardmullin.com

6   TED C. LINDQUIST, III, Cal. Bar No. 178523
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7   Four Embarcadero Center, 17th Floor
    San Francisco, California  94111-4109
8   Telephone:    415-434-9100
    Facsimile:    415-434-3947
9   tlindquist@sheppardmullin.com

10  Attorneys for Defendant and Counterclaimant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation, | Case No. C07-04651 CRB (ADR) |
| Plaintiffs, | Hon. Charles R. Breyer [Complaint Filed:  September 10, 2007] |
| v. | **DECLARATION OF HECTOR BARBA FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF** |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. | |
| Defendants. | Date:   December 21, 2007 Time:   10:00 a.m. Place:  Courtroom 8 |
| AND RELATED COUNTERCLAIM | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

W02-WEST:1SCS1\400601969.1 -i-

## DECLARATION OF HECTOR BARBA

I, Hector Barba, declare as follows:

      1.      I am employed as a Senior Claims Consultant for Liberty Mutual Insurance Company ("LMIC"). The facts set forth below are based upon my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

      2.      From January 7, 2002 through February 18, 2004, I was one of the claims adjusters at LMIC responsible for adjusting Donald Robinson's workers' compensation claim against his employer, and then LMIC insured, Tony's Fine Foods. LMIC accepted Mr. Robinson's claim, but the extent of his injury was litigated before the California Workers' Compensation Appeals Board ("WCAB"). As a result, LMIC retained defense attorneys Kenneth Martinson, Melissa Matovich and Daniel Hunt to represent and defend LMIC in the WCAB proceedings relating to Mr. Robinson's workers' compensation claim for benefits. I considered my communications and writings with Messrs. Martinson and Hunt, and Ms. Matovich regarding Mr. Robinson's claim to be confidential and have not disclosed, nor authorized the disclosure of, the substance of those confidential communications to any person outside of Liberty Mutual and its attorneys.

      I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

      Executed this 10th day of December 2007 at Orange, California.

_____
HECTOR BARBA

W02-WEST:1SCS1\400601849.1