1  FRANK FALZETTA, Cal. Bar No. 125146
   SCOTT SVESLOSKY, Cal. Bar No. 217660
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
4  Facsimile:    213-620-1398
   ffalzetta@sheppardmullin.com
5  ssveslosky@sheppardmullin.com

6  TED C. LINDQUIST, III, Cal. Bar No. 178523
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
8  Telephone:    415-434-9100
   Facsimile:    415-434-3947
9  tlindquist@sheppardmullin.com

10 Attorneys for Defendant and Counterclaimant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13
   LARGO CONCRETE, INC., a California          Case No. C07-04651 CRB (ADR)
14 Corporation; N.M.N. CONSTRUCTION,
   INC., a California Corporation,             Hon. Charles R. Breyer
15                                             [Complaint Filed:  September 10, 2007]
                    Plaintiffs,
16                                             **DECLARATION OF GREG BRISEE
         v.                                    FILED IN SUPPORT OF LIBERTY
17                                             MUTUAL FIRE INSURANCE
   LIBERTY MUTUAL FIRE INSURANCE               COMPANY'S REPLY BRIEF**
18 COMPANY, a Massachusetts Corporation,
   and DOES 1 through 100, inclusive.
19
                    Defendants.                Date:    December 21, 2007
20                                             Time:    10:00 a.m.
                                               Place:   Courtroom 8
21 AND RELATED COUNTERCLAIM

22

23

24

25

26

27

28

1

## DECLARATION OF GREG BRISEE

2          I, Greg Brisee declare as follows:

3

4          1.     I am Operations Support Manager for Liberty Mutual Insurance Company

5     ("LMIC") and Liberty Mutual Fire Insurance Company ("LMFIC")(LMIC and LMFIC will be

6     referred to collectively as "Liberty Mutual").  As Operations Support Manager, I am familiar with

7     Liberty Mutual's corporate and other business records.  The facts set forth below are based on my

8     personal knowledge and/or information obtained from the corporate and other business records

9     maintained by Liberty Mutual, which records were created in the ordinary course of business at or

10    near the time of the events reflected in those records.  If called and sworn as a witness, I could and

11    would testify competently thereto.

12

13         2.     LMIC and LMFIC are underwriting companies and affiliates that often

14    overlap in the types of insurance policies they issue.  LMIC and LMFIC both underwrite workers'

15    compensation insurance.  Each company has its own process for underwriting a policy, but all of

16    the workers' compensation policies issued by LMIC and LMFIC are serviced by the same Liberty

17    Mutual employees.  Liberty Mutual claims adjusters handle workers' compensation claims for both

18    LMIC and LMFIC, and both companies use the same claims and legal data systems in handling

19    and defending those claims.  LMIC and LMFIC also use the same claims handling guidelines for

20    various lines of insurance that are maintained on Liberty Mutual's intranet site and accessible by

21

22

23

24

25

26

27

28

W02-WEST:1SCS1\400606092.1

1  the claims adjusters who handle claims submitted to LMIC and LMFIC.

2

3         I declare under penalty of perjury, pursuant to the laws of the United States of

4  America, that the foregoing is true and correct.

5

6         Executed this 13 day of December 2007 at Boston, Massachusetts.

7

8

9                                        _____

10                                              GREG BRISEE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        -2-