FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**DECLARATION OF WILLIAM CUPELO FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF**<br><br>Date: December 21, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8 |

W02-WEST:1SCS1\400601969.1 -1-

# DECLARATION OF WILLIAM CUPELO

I, William Cupelo, declare as follows:

1.  I am employed by Liberty Mutual Insurance Company ("LMIC") as an Assistant Vice President and Senior Corporate Counsel. LMIC is an affiliate of defendant Liberty Mutual Fire Insurance Company ("LMFIC"). LMIC and LMFIC are subsidiaries of Liberty Mutual Group, Inc. ("LMGI")(LMIC and LMFIC will be referred to collectively as "Liberty Mutual"). As an Assistant Vice President and Senior Corporate Counsel for LMIC, I am familiar with Liberty Mutual's corporate and other business records. The facts set forth below are based on my personal knowledge and/or information obtained from the corporate and other business records maintained by Liberty Mutual, which records were created in the ordinary course of business at or near the time of the events reflected in those records. If called and sworn as a witness, I could and would testify competently thereto.

2.  I have been employed by LMIC as an in-house attorney for the past 21 years. I work in the Litigation Group of Liberty Mutual's Legal Department, which is located in Liberty Mutual's Home Office in Boston, Massachusetts. I provide legal advice and counsel to Liberty Mutual on various legal matters. I also oversee outside counsel handling litigation matters filed against Liberty Mutual.

3.  When LMIC or LMFIC are sued for breach of the implied covenant of good faith and fair dealing, *i.e.*, "bad faith," the same group of attorneys and paralegals in Liberty Mutual's Legal Department at the Home Office in Boston, Massachusetts oversees the litigation, regardless of the line of insurance involved (*e.g.*, workers' compensation, commercial liability, automobile, property, etc.). As part of that oversight role, Liberty Mutual's in-house attorneys and paralegals communicate with outside counsel retained to defend LMIC or LMFIC regarding case evaluation and exposure analyses, case strategy, possible defenses, legal research issues, the identification and retrieval of potentially relevant documents and electronic data (including

-1-

1  privileged and confidential information), and the identification of witnesses and subsequent
2  witness interviews and deposition preparation.

4.  Liz Flanders is a paralegal who formerly worked in Liberty Mutual's Home Office Legal Department. Randy Schubert is an auto liability claims manager for Liberty Mutual. Bruce Edwards is a senior portfolio underwriter for Liberty Mutual. Lorrie Isaac is a Senior Technical Claims Specialist for Liberty Mutual.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of December 2007 at Boston, Massachusetts.

_____
WILLIAM CUPELO

-2-

W02-WEST:1SCS1\400602379.2