1  FRANK FALZETTA, Cal. Bar No. 125146
   SCOTT SVESLOSKY, Cal. Bar No. 217660
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California 90071-1448
   Telephone:  213-620-1780
4  Facsimile:  213-620-1398
   ffalzetta@sheppardmullin.com
5  ssveslosky@sheppardmullin.com

6  TED C. LINDQUIST, III, Cal. Bar No. 178523
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
8  Telephone:  415-434-9100
   Facsimile:  415-434-3947
9  tlindquist@sheppardmullin.com

10 Attorneys for Defendant and Counterclaimant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**DECLARATION OF GREG FARKAS FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF**<br><br>Date:  December 21, 2007<br>Time:  10:00 a.m.<br>Place: Courtroom 8 |

W02-WEST:1SCS1\400601969.1                    -1-

# DECLARATION OF GREG FARKAS

I, Greg Farkas, declare as follows:

1.     I am employed as a Supervising Auditor in the Central Legal Billing Unit of Liberty Mutual Insurance Company ("LMIC"). LMIC is an affiliate of defendant Liberty Mutual Fire Insurance Company ("LMFIC"). LMIC and LMFIC are subsidiaries of Liberty Mutual Group, Inc. ("LMGI") (LMIC and LMFIC will be referred to collectively as "Liberty Mutual"). As a Supervising Auditor for LMIC, I am familiar with Liberty Mutual's corporate and other business records, including billing and accounting records, and the legal bill payment warehouse, *i.e.*, electronic invoicing system. I have authority to certify records for Liberty Mutual and I am qualified to testify as to the preparation and maintenance of their records. The facts set forth below are based upon my personal knowledge and/or information obtained from the business records maintained by Liberty Mutual which records were created in the ordinary course of business at or near the time of the events reflected in those records. If called and sworn as a witness, I could and would testify competently thereto.

2.     According to electronic invoices received by LMIC from the law firm of Kern & Wooley, between July 21, 2003 to March 17, 2004, Craig Pynes billed 1,291.2 hours for his time while working on matters for Liberty Mutual and other affiliated companies. I made this determination by running a report from our invoice management system known as the Legal Bill Payment Workbench ("LBPW"). LMIC tracks, adjusts and approves invoiced payments to all of its outside law firms and legal vendors through LBPW. I searched for all Kern & Wooley invoices that LMIC's Central Legal Billing Unit approved and processed between January 1, 2003 to June 1, 2005. I then entered Kern & Wooley's tax identification number to limit invoice results to this law firm, and then filtered the results to display just Mr. Pynes' fee and time entries from June 2003 through March 2004. The results also provide the descriptions provided for the tasks Mr. Pynes performed. Attached to this declaration as Exhibit B is a true and correct copy of the report that I ran regarding Mr. Pynes' fee and time entries as described above.

-1-

3. After running the report attached as Exhibit B, I prepared a summary sheet detailing Mr. Pynes' time entries by day and calculated a total of 1,291.2 hours charged by Mr. Pynes for work he performed on behalf of Liberty Mutual and other affiliated companies. A true and correct copy of the summary sheet is attached to this declaration as Exhibit C. After running the report, I also prepared a spreadsheet that described Mr. Pynes' hours billed by client or customer name and claim file, a true and correct copy of which is attached to this declaration as Exhibit D.

4. Attached to this declaration as Exhibit E is a true and correct copy of a redacted electronic invoice dated March 8, 2004 that LMIC received electronically from Kern & Wooley for work performed in the <u>Tony's Fine Foods v. Liberty Mutual Insurance Company</u> matter. According to the invoice, Mr. Pynes billed LMIC 9.8 hours for work he performed on the <u>Tony's Find Foods</u> matter.

5. Attached to this declaration as Exhibit F is a true and correct copy of a redacted electronic invoice dated May 20, 2004, that LMIC received electronically from Kern &

-2-

Wooley for work performed in the matter entitled <u>Ashou v. Liberty Mutual Fire Insurance Company</u>. According to the invoice, Mr. Pynes billed 85.8 hours for work he performed on the <u>Ashou</u> matter.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 12th day of December 2007 at Williston, Vermont.

_____
GREG FARKAS

-3-

W02-WEST:1SCS1\400598491.2

EXHIBIT B

# EXHIBIT B

# HAS BEEN REMOVED AND LODGED WITH THE COURT UNDER SEAL

EXHIBIT C

| Sum of Time Billed or Unit Cost | |
|---|---|
| Date of Activity | Total |
| 7/21/03 | 3.8 |
| 7/22/03 | 8 |
| 7/23/03 | 8.3 |
| 7/24/03 | 8.2 |
| 7/25/03 | 7.2 |
| 7/27/03 | 3 |
| 7/28/03 | 8.4 |
| 7/29/03 | 8.4 |
| 7/30/03 | 8.5 |
| 7/31/03 | 8.2 |
| 8/1/03 | 8.3 |
| 8/4/03 | 6.1 |
| 8/5/03 | 7.9 |
| 8/6/03 | 8.3 |
| 8/7/03 | 8.2 |
| 8/8/03 | 5.8 |
| 8/9/03 | 2.4 |
| 8/11/03 | 7.8 |
| 8/12/03 | 7.8 |
| 8/13/03 | 7.4 |
| 8/14/03 | 7.7 |
| 8/15/03 | 8.2 |
| 8/16/03 | 1.1 |
| 8/18/03 | 4 |
| 8/19/03 | 5.8 |
| 8/20/03 | 8.3 |
| 8/21/03 | 9.2 |
| 8/22/03 | 9.2 |
| 8/23/03 | 0.8 |
| 8/25/03 | 8 |
| 8/26/03 | 6.4 |
| 8/27/03 | 8.8 |
| 8/28/03 | 8.4 |
| 8/29/03 | 8 |
| 9/1/03 | 1.9 |
| 9/2/03 | 7.9 |
| 9/5/03 | 6.3 |
| 9/8/03 | 8.4 |
| 9/9/03 | 8.1 |
| 9/10/03 | 9.2 |
| 9/11/03 | 7.6 |
| 9/12/03 | 8.5 |
| 9/14/03 | 3.3 |
| 9/15/03 | 7.8 |
| 9/16/03 | 10.4 |
| 9/17/03 | 8.1 |
| 9/18/03 | 7.6 |
| 9/19/03 | 8.3 |

| Date | Value |
|---|---|
| 9/22/03 | 8.8 |
| 9/23/03 | 7.8 |
| 9/24/03 | 9 |
| 9/25/03 | 7.6 |
| 9/26/03 | 8.6 |
| 9/28/03 | 3 |
| 9/29/03 | 10.3 |
| 9/30/03 | 6.7 |
| 10/1/03 | 8.6 |
| 10/2/03 | 9 |
| 10/3/03 | 10.6 |
| 10/6/03 | 8.5 |
| 10/7/03 | 10.5 |
| 10/8/03 | 9 |
| 10/9/03 | 8.8 |
| 10/10/03 | 8 |
| 10/11/03 | 2.5 |
| 10/13/03 | 8.6 |
| 10/14/03 | 9.3 |
| 10/15/03 | 8.3 |
| 10/16/03 | 8.2 |
| 10/17/03 | 8.3 |
| 10/19/03 | 2.9 |
| 10/20/03 | 8.5 |
| 10/21/03 | 8.6 |
| 10/22/03 | 8.4 |
| 10/23/03 | 10.8 |
| 10/24/03 | 5 |
| 10/26/03 | 8.6 |
| 10/27/03 | 10.3 |
| 10/28/03 | 2.5 |
| 10/29/03 | 9.8 |
| 10/30/03 | 8.5 |
| 10/31/03 | 6.4 |
| 11/3/03 | 10.1 |
| 11/4/03 | 7.6 |
| 11/5/03 | 8.4 |
| 11/6/03 | 9.4 |
| 11/7/03 | 8.6 |
| 11/10/03 | 8.4 |
| 11/11/03 | 8.5 |
| 11/12/03 | 9.2 |
| 11/13/03 | 10.2 |
| 11/14/03 | 8.8 |
| 11/15/03 | 3.1 |
| 11/17/03 | 9.1 |
| 11/18/03 | 10.5 |
| 11/19/03 | 10 |
| 11/20/03 | 5.4 |
| 11/21/03 | 9.7 |
| 11/22/03 | 1.8 |
| 11/24/03 | 7.7 |

| Date | Value |
|---|---|
| 11/25/03 | 7.1 |
| 11/26/03 | 8.4 |
| 11/30/03 | 3.5 |
| 12/1/03 | 8.6 |
| 12/2/03 | 9.2 |
| 12/3/03 | 8.5 |
| 12/4/03 | 8.3 |
| 12/5/03 | 8.2 |
| 12/8/03 | 8.5 |
| 12/9/03 | 8.5 |
| 12/10/03 | 8.1 |
| 12/11/03 | 8.9 |
| 12/12/03 | 5 |
| 12/14/03 | 1.4 |
| 12/15/03 | 5.2 |
| 12/16/03 | 8.9 |
| 12/17/03 | 8.9 |
| 12/18/03 | 8.5 |
| 12/19/03 | 6 |
| 12/22/03 | 6.8 |
| 12/23/03 | 8.4 |
| 12/24/03 | 4.1 |
| 12/29/03 | 7.5 |
| 12/30/03 | 8.4 |
| 12/31/03 | 5.4 |
| 1/1/04 | 0.2 |
| 1/2/04 | 1.4 |
| 1/5/04 | 6.8 |
| 1/6/04 | 7.2 |
| 1/7/04 | 7.8 |
| 1/8/04 | 3 |
| 1/9/04 | 7.2 |
| 1/10/04 | 3.3 |
| 1/12/04 | 9.5 |
| 1/13/04 | 10 |
| 1/14/04 | 7.3 |
| 1/15/04 | 9.4 |
| 1/16/04 | 7.4 |
| 1/17/04 | 3.2 |
| 1/19/04 | 8.7 |
| 1/20/04 | 9.7 |
| 1/21/04 | 10.4 |
| 1/22/04 | 8.7 |
| 1/23/04 | 8.5 |
| 1/26/04 | 8.1 |
| 1/27/04 | 9.8 |
| 1/28/04 | 6.6 |
| 1/29/04 | 6 |
| 1/30/04 | 6 |
| 2/2/04 | 7.3 |
| 2/3/04 | 8.5 |
| 2/4/04 | 8.7 |

| Date | Value |
|---|---|
| 2/5/04 | 7.3 |
| 2/6/04 | 7.7 |
| 2/9/04 | 7.6 |
| 2/10/04 | 6.8 |
| 2/11/04 | 9.7 |
| 2/12/04 | 8.5 |
| 2/13/04 | 7.9 |
| 2/14/04 | 3.1 |
| 2/17/04 | 8.3 |
| 2/18/04 | 7.2 |
| 2/19/04 | 7.6 |
| 2/20/04 | 8.7 |
| 2/23/04 | 2.9 |
| 2/24/04 | 8.2 |
| 2/25/04 | 7.1 |
| 2/26/04 | 9.5 |
| 2/27/04 | 4.3 |
| 2/28/04 | 1.2 |
| 3/1/04 | 3.5 |
| 3/2/04 | 3.3 |
| 3/3/04 | 1.8 |
| 3/4/04 | 2.7 |
| 3/5/04 | 2.4 |
| 3/8/04 | 1.2 |
| 3/9/04 | 5.1 |
| 3/10/04 | 6.4 |
| 3/11/04 | 3.3 |
| 3/12/04 | 1.7 |
| 3/15/04 | 4.2 |
| 3/16/04 | 3.9 |
| 3/17/04 | 1 |
| **Grand Total** | **1291.2** |

EXHIBIT D

| Claim Number | Nme Cust | Firm | Matte Total |
|---|---|---|---|
| 0043982940001 | ASHOU,RAYMONDA | 17749 | 85.8 |
| H01837 | Cessna, Diane v. Liberty Mutual Fire | 17381 | 90.1 |
| H01868 | Mock, Ralph v. LMFIC | 17522 | 20.6 |
| H01920 | McLoughlin, Danielle v. LMFIC | 17692 | 245.8 |
| H02202 | Tony's Fine Food | 16608 | 9.8 |
| P 00105440701 | OMEGA PRODUCTS | 14143 | 1.2 |
| P 00105906901 | ZINC RECOVERY PROJECT | 16725 | 153.7 |
| P 00105954701 | SOUTHWESTERN/P&H | 16766 | 0.5 |
| P 00105969701 | CHURCH INSURANCE AGENCY CORP | 17495 | 27.6 |
| P 00105995301 | D & K DRYWALL | 17874 | 14 |
| P 00106014401 | EXCEL INC. | 17798 | 19.4 |
| P 00106046701 | DAYCO PRODUCTS | 17252 | 26.1 |
| P 00199875701 | KELLY & PICERNE INC | 15736 | 173.3 |
| P 60206054001 | ARCHER ROOFING INC | 15709 | 44.9 |
| P 60206838801 | ARCHER ROOFING INC | 17604 | 1.7 |
| P 60206879601 | GEMCON INC DBA | 17672 | 53.5 |
| P 60206944901 | SIERRA LUMBER | 17176 | 19.2 |
| P 60207095801 | NALCO PLUMBING CO | 17669 | 101.2 |
| P 67000045101 | LINCOLN PROPERTY COMPANY | 17561 | 88.2 |
| PX30300946001 | SUNRISE CONCRETE CO INC | 17703 | 34.5 |
| PX60200468501 | ALTA DRYWALL INC | 16477 | 4.3 |
| PX60200502501 | DESIGNER MARBLE PRODUCTS INC | 17727 | 75.8 |
| **Grand Total** | | | **1291.2** |

EXHIBIT E

Legal eXchange Invoice from Kern and Wooley LLP

| | |
|---|---|
| Invoice Number: | 00070016608009 |
| Invoice Date: | 03/08/2004 |
| Description: | |
| Matter Number: | 1410041600 |
| Matter Name: | Tony's Fine Food (H02202) |
| Customer Pay Name: | |
| Customer Pay Number: | |
| Firm Tax ID: | 95-2829952 |
| Firm Address: | 11100 Santa Monica Blvd., 7th Floor |
| | Los Angeles, CA 90025 |

Fees:

| Date | TK Name | LI # | Code | Hours | Rate | Orig. Amt | Curr. Amt | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**REDACTED**

| Date | TK Name | LI # | Code | Hours | Rate | Orig. Amt | Curr. Amt | Description |
|---|---|---|---|---|---|---|---|---|
| 12/10/2003 | Craig Pynes | 4 | L110 20 | 0.30 | $183.00 | $54.90 | $54.90 | Fact Investigation/Development - Review underlying file information for various WCAB claims against Tony's Fine Foods for analysis of documents for production. |
| 12/10/2003 | Craig Pynes | 3 | L320 20 | 3.60 | $183.00 | $658.80 | $658.80 | Document Production - Begin analyzing claim and other underlying file materials for production. |
| 12/12/2003 | Craig Pynes | 5 | 20 L320 | 1.70 | $183.00 | $311.10 | $311.10 | Document Production - Continue analyzing claim and other underlying file materials for production (and redaction and segregation of privilged information/ documents). |
| 12/14/2003 | Craig Pynes | 6 | L110 20 | 1.40 | $183.00 | $256.20 | $256.20 | Fact Investigation/Development - Continue analyzing claim and other underlying file materials for production (and redaction and segregation of privilged information/ documents). |
| 12/15/2003 | Craig Pynes | 7 | L320 20 | 1.60 | $183.00 | $292.80 | $292.80 | Document Production - Continue analyzing claim and other underlying file materials for production (and redaction and segregation of privilged information/ documents). |
| 12/17/2003 | Craig Pynes | 8 | L320 20 | 0.60 | $183.00 | $109.80 | $109.80 | Document Production - Begin preparing privilege log for documents witheld from discovery or redacted. |

| Date | TK Name | LI # | Code | Hours | Rate | Orig. Amt | Curr. Amt | Description |
|---|---|---|---|---|---|---|---|---|
| 12/18/2003 | Craig Pynes | 9 | L320 20 | 0.60 | $183.00 | $109.80 | $109.80 | Document Production - Continue preparing privilege log for documents witheld from discovery or redacted. |

**REDACTED**

| Date | TK Name | LI # | Code | Hours | Rate | Expenses: Orig. Amt | Curr. Amt | Description |
|---|---|---|---|---|---|---|---|---|

**REDACTED**

**REDACTED**

Billing Summary:
    **Orig. Amt　Curr. Amt**
Fees:
Expenses:  **REDACTED**
Totals:

[Close]

EXHIBIT F

# EXHIBIT F

# HAS BEEN REMOVED AND LODGED WITH THE COURT UNDER SEAL