FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR) <br><br> Hon. Charles R. Breyer <br> [Complaint Filed: September 10, 2007] <br><br> **SUPPLEMENTAL DECLARATION OF LISA HANSEN FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF** <br><br> Date:  December 21, 2007 <br> Time:  10:00 a.m. <br> Place:  Courtroom 8 |

# SUPPLEMENTAL DECLARATION OF LISA KRALIK HANSEN

I, Lisa Kralik Hansen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I have personal knowledge of the facts set forth below and, if called and sworn as a witness, could and would testify competently thereto.

2. I am currently an attorney with Grace, Cosgrove & Schirm ("GCS"). Prior to my employment with GCS I practiced law with Kern & Wooley LLP. During my employment with Kern & Wooley the firm was coverage counsel for Liberty Mutual Fire Insurance Company and its affiliates (collectively the "Liberty Mutual companies"). A significant part of my legal practice over the years has involved representing the Liberty Mutual companies in litigated and non-litigated matters, including insurance coverage disputes, "bad faith" claims and other related matters.

3. During my employment at Kern & Wooley, I worked closely with then Kern & Wooley associate Karen Gichtin. I was one of Ms. Gichtin's immediate supervising attorneys and worked with her on a daily basis. I understand that she left Kern & Wooley and for a period of time practiced with the firm of Roxborough, Pomerance & Nye (the "Roxborough firm") in Woodland Hills, California. I understand that she is no longer employed at the Roxborough firm.

4. While employed at Kern & Wooley, Ms. Gichtin worked extensively on a matter entitled <u>Remedy Temp, Inc. v. Liberty Mutual Fire Ins. Co.</u>, C.D. Cal., 8:04-cv-00385, which involved defendant Liberty Mutual Fire Insurance Company's claims handling for a national market workers' compensation customer. The plaintiff in <u>Remedy Temp</u> alleged workers' compensation "bad faith" on the part of Liberty Mutual Fire Insurance Company. Ms. Gichtin was

involved in virtually all aspects of the <u>Remedy Temp</u> litigation, including performing the following tasks:

    a.    Reviewing and discussing Liberty Mutual's overall litigation position and strategy;

    b.    Voluminous document productions, including protection of confidential and privileged documents;

    c.    Reviewing and evaluating consultant reports and opinions;

    d.    Evaluating Liberty Mutual's claims handling practices;

    e.    Reviewing and addressing special service instructions;

    f.    Reviewing and addressing Liberty Mutual's internal best practices;

    g.    Reviewing Liberty Mutual's claims file materials and applicable claims manuals;

    h.    Reviewing BoComp and ExPrs computer screens;

    i.    Reviewing and evaluating the RiskTrac computer system;

    j.    Preparing Liberty Mutual employees for deposition; and

    k.    Discussing specific disputed files with Liberty Mutual claims handlers.

5.    Ms. Gichtin was an active member of Liberty Mutual's defense team in the <u>Remedy Temp</u> litigation. Also, during her employment at Kern & Wooley, Ms. Gichtin worked on several other matters for the Liberty Mutual companies involving insurance coverage, "bad faith" claims, claim for equitable relief and contribution, and claims of malicious prosecution. Ms. Gichtin worked almost exclusively for the insurance practice group that primarily represented the Liberty Mutual companies and she primarily devoted her time to the <u>Remedy Temp</u> litigation.

6.    Messrs. Roxborough and Adreani of the Roxborough firm were opposing

counsel in the <u>Remedy Temp</u> litigation.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 14 day of December 2007 at Los Angeles, California.

_____
LISA KRALIK HANSEN