FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**DECLARATION OF JOHN SILBERSTEIN FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF**<br><br>Date:    December 21, 2007<br>Time:   10:00 a.m.<br>Place:   Courtroom 8 |

## DECLARATION OF JOHN SILBERSTEIN

I, John Silberstein, declare as follows:

1. I am employed by Liberty Mutual Insurance Company ("LMIC") as a Director of Technical Claims. In that capacity, I often supervise the handling of claims insured by LMIC and its affiliate, Liberty Mutual Fire Insurance Company ("LMFIC)(collectively "Liberty Mutual"). As a Director of Technical Claims I am familiar with Liberty Mutual's corporate and other business records. The facts set forth below are based upon my personal knowledge and/or information obtained from the business records maintained by Liberty Mutual which records were created in the ordinary course of business at or near the time of the events reflected in those records. If called and sworn as a witness, I could and would testify competently thereto.

2. As a Director of Technical Claims, my job duties include supervising claims adjusters in the complex unit of Liberty Mutual's Orange, California branch office who handle general liability and commercial auto and trucking claims.

3. I have reviewed information contained on Liberty Mutual's electronic claims system and determined that LMFIC insured the following customers: (1) Church Insurance Agency Corp.; (2) Dayco Products; (3) Lincoln Property Co.; (4) Gemcon Inc.; (5) Nalco Plumbing Co.; and (6) Alta Drywall Inc.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 12th day of December 2007 at Orange, California.

_____
JOHN SILBERSTEIN

-1-

W02-WEST:1SCS1\400606558.1