FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**DECLARATION OF RON SKOCYPEC FILED IN SUPPORT OF LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REPLY BRIEF**<br><br>Date:    December 21, 2007<br>Time:   10:00 a.m.<br>Place:   Courtroom 8 |

W02-WEST:1SCS1\400601969.1    -1-

# DECLARATION OF RONALD J. SKOCYPEC

I, Ronald J. Skocypec, declare as follows:

1.  I am an attorney at law duly admitted to practice before this court and an attorney in the law firm of Kring & Chung, LLP. I have personal knowledge of the facts set forth below and, if called and sworn as a witness, could and would testify competently thereto.

2.  Over the past 22 years, I have been retained as outside counsel by defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") and its affiliates (collectively the "Liberty Mutual companies") on numerous occasions. Prior to my employment with Kring & Chung, I practiced law with Kern and Wooley LLP (February 1997 to September 2005) and Peterson & Bradford, LLP (September 2005 to March 2007). During my employment with Kern and Wooley and Peterson & Bradford, the firms served as outside coverage counsel for the Liberty Mutual companies. A significant part of my legal practice during that time involved representing the Liberty Mutual companies in litigated and non-litigated matters, including insurance coverage disputes, "bad faith" claims and other similar matters.

3.  While working for Kern and Wooley and Peterson & Bradford, Susan Olson and I led the insurance practice group that primarily represented the Liberty Mutual companies. Lisa Hansen, Melodee Yee, Karen Gichtin and Craig Pynes were, at various times, also attorney members of the practice group at Kern and Wooley.

4.  While employed at Kern and Wooley, I became very familiar with its document management database system. During my employment at Kern and Wooley, I routinely created, saved, retrieved and edited documents stored on that system. When I left Kern and Wooley in September 2005, the Kern and Wooley computer consultant downloaded, onto my external hard drive, electronic copies of all files for the Liberty Mutual companies and my other clients that were contained in Kern and Wooley's electronic database. The electronic file folders

W02-WEST:1SCS1\400597796.1

-1-

1  reflect that they were added to my hard drive at various times between September 1, 2005 and
2  September 19, 2005. Since that time, the hard drive has been in my possession. To the best of my
3  recollection, none of the files were modified or deleted since Kern and Wooley downloaded them
4  onto my hard drive.

6        5.      Attached to this declaration as Exhibit A is a true and correct copy of a
7  December 2003 Privilege Log that Craig Pynes worked on in December 2003, for the <u>Tony's Fine</u>
8  <u>Foods v. Liberty Mutual</u> matter while employed at Kern and Wooley. I retrieved the privilege log
9  from the hard drive described above, and I have not altered the document. The hard drive for the
10 privilege log has the following document profile: "245699, 0700\16608\59kz01!.WPD, CSP,
11 0700, 16608, MISC, WORDPERFECT, 12/26/2003, 16:49:48, privilege log/misc/TONY'S FINE
12 FOODS." The "CSP" identified in the profile is Mr. Pynes' user ID. The profile for the privilege
13 log does not identify any other user ID and does not show that any person, other than Mr. Pynes,
14 worked on the privilege log.

16       6.      The <u>Tony's Fine Foods</u> matter concluded just prior to my departure from
17 Kern and Wooley. As a result, and because the file was closed, I did not take the paper file for
18 that matter with me to Peterson & Bradford. It is my understanding that the paper file may have
19 been destroyed by Kern and Wooley.

20       I declare under penalty of perjury, pursuant to the laws of the United States of
21 America, that the foregoing is true and correct.

23       Executed this 11th day of December 2007 at Westlake Village, California.



RONALD J. SKOTYPEC

EXHIBIT A

Tony's Fine Foods v. Liberty Mutual Insurance Company

(K and W File No.: 0700.16608)
**PRIVILEGE LOG AND REDACTED DOCUMENTS**
Dated: December ___, 2003

| | |
|---|---|
| IR | = Irrelevant |
| AC | = Attorney-Client Privilege pursuant to LAB Code §3762(b) |
| WP | = Work Product Doctrine pursuant to LAB Code §3762(b) |
| P | = Proprietary |
| C | = Confidential |
| R | = Privacy pursuant to LAB Code §3762(b) |

| DATE | LIBERTY BATES STAMP NO. | AUTHOR | RECIPIENT | COPIES | DOCUMENT TYPE | DESCRIPTION | PRIVILEGE PROTECTION |
|---|---|---|---|---|---|---|---|
| 06/24/99 | ROB-531-541 | Donald Robinson | Unknown future potential employer | None | Employment Application | [not dictated] | IR, R |
| 08/02/02 | ROB-581-584 | Kenneth D. Martinson | Hector Barba | None | Letter | Contains private information re: applicant Donald Robinson. | IR, AC, WP, R |
| 08/01/02 | ROB-585-587 | Kenneth D. Martinson | Hector Barba | None | Letter | An enclosed invoice, a description, billing and medical information. | IR, AC, WP, R |
| 09/15/02 | ROB-590-593 | Kenneth D. Martinson | Hector Barba | None | Letter | Includes private information regarding applicant. | AC, WP, R |
| 07/19/02 | ROB-611-13 | Kenneth D. Martinson | Hector Barba | None | Letter | Includes private client information. | AC, WP, R |
| Undated | ROB-642-50 | None indicated | None | None | Deposition Worksheet | Outline of deposition questions. | IR, WP, P, C |
| 03/07/02 | ROB-651 | Melissa Matovich | None--case report | None | Case Report | Attorney case report | AC, WP |
| 04/01/99 | ROB-652 | Unknown | Unknown | None | Notes | Notes regarding file work-up | AC, WP |
| 03/06/02 | ROB-653 | Melissa Matovich | Hector Barba | None | Letter | File handling information | AC, WP |
| 03/07/02 | ROB-654 | Melissa Matovich | EDD | Hector Barba | Letter | Attorney privilege information pertaining to Liberty Mutual | IR, AC, WP |
| 03/07/02 | ROB-656-59 | Melissa Matovich | Hector Barba | None | Letter | Work-up in anticipation of litigation | AC, WP |
| 12/01/98 | BRO-2219 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |

245699 privilege log-misc-TONY'S FINE FOODS

**Tony's Fine Foods v. Liberty Mutual Insurance Company**
(K and W File No.: 0700.16608)
PRIVILEGE LOG AND REDACTED DOCUMENTS

| DATE | LIBERTY BATES STAMP NO. | AUTHOR | RECIPIENT | COPIES | DOCUMENT TYPE | DESCRIPTION | PRIVILEGE/ PROTECTION |
|---|---|---|---|---|---|---|---|
| 01/14/99 | BRO-2219 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |
| 03/08/99 | BRO-2220 | Heidrich | None | None | Claim Log | Reserve information | IR, P, C |
| 04/24/99 | BRO-2221 | Schlemmer | None | None | Claim Log | Reserve information | IR, P, C |
| 05/24/99 | BRO-2221 | Schlemmer | None | None | Claim Log | Reserve information | IR, P, C |
| 07/19/99 | BRO-2222 | Schlemmer | None | None | Claim Log | Reserve information | IR, P, C |
| 09/07/99 | BRO-2223 | Schlemmer | None | None | Claim Log | Reserve information | IR, P, C |
| 10/28/99 | BRO-2224 | Schlemmer | None | None | Claim Log | Reserve information | IR, P, C |
| 01/11/00 | not dictated | Susan Kelly | None | None | Claim Log | Reserve information | IR, P, C |
| 02/21/00 | BRO-2225 | Susan Kelly | None | None | Claim Log | Reserve information | IR, P, C |
| 04/14/00 | BRO-2225 | Susan Kelly | None | None | Claim Log | Reserve information | IR, P, C |
| 01/11/99 | ELL-1218 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |
| 07/21/98 | ELL-1205 | Unidentified claims adjuster | None | None | Claim Log | Reserve information | None |
| 09/10/98 | ELL-1216 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |
| 11/18/98 | ELL-1216 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |
| 12/15/98 | ELL-1216 | J. Hessler | None | None | Claim Log | Reserve information | IR, P, C |

- 2 -