EXHIBIT L

982.1(1)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Linda Roberts-Ross [S.B.#212773]<br>ANDERSON & KRIGER<br>3800 Orange Street, Suite 100<br><br>Riverside, CA 92501<br>TELEPHONE NO: 909/787-7146     FAX NO. *(Optional):* Fax: 909/787-7168<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiffs | FOR COURT USE ONLY |

NAME OF COURT: Los Angeles Superior Court
STREET ADDRESS: 6230 Sylmar Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Van Nuys, CA 91401
BRANCH NAME: Van Nuys East

FILED
LOS ANGELES SUPERIOR COURT
FEB 07 2003
JOHN A. CLARKE, CLERK
BY KARAPETYAN, DEPUTY

PLAINTIFF: Danielle McLoughlin, Michael McLoughlin

DEFENDANT: Liberty Mutual Insurance Co.; Service Masters

[x] DOES 1 TO 100, inclusive

| COMPLAINT — Personal Injury, Property Damage, Wrongful Death | |
|---|---|
| [ ] AMENDED *(Number):*<br>Type *(check all that apply):*<br>[ ] MOTOR VEHICLE        [ ] OTHER *(specify):*<br>  [X] Property Damage      [ ] Wrongful Death<br>  [X] Personal Injury       [X] Other Damages *(specify):* Wage loss,<br>Loss of property use, medical expenses.... | 7220A |
| Jurisdiction *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  [ ] does not exceed $10,000<br>                  [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | CASE NUMBER:<br>LC063886 |

1. PLAINTIFF *(name):* Danielle McLoughlin, Michael McLoughlin

   alleges causes of action against DEFENDANT *(name):* Liberty Mutual Ins. Co.; Service Masters,
2. This pleading, including attachments and exhibits, consists of the following number of pages: _5_
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Complaint — Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. July 1, 2002]

COMPLAINT — Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

SHORT TITLE: McLouglin vs. Liberty Mutual, et al

CASE NUMBER:

4. ☐ Plaintiff *(name):*

is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):* Liberty Mutual Insurance

    (1) ☒ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

b. ☒ **except** defendant *(name):* Service Masters

    (1) ☒ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Complaint — Attachment 5.

6. The true names and capacities of defendants sued as Does are unknown to plaintiff.

7. ☐ Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
a. ☒ plaintiff has complied with applicable claims statutes, **or**
b. ☐ plaintiff is excused from complying because *(specify):*

COMPLAINT — Personal Injury, Property
Damage, Wrongful Death

SHORT TITLE: McLouglin vs. Liberty Mutual, et al          | CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (*each complaint must have one or more causes of action attached*):
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [X] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify)*:

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Complaint — Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   b. The amount of damages is *(you must check (1) in cases for personal injury or wrongful death)*:
      (1) [X] according to proof
      (2) [ ] in the amount of: $ 0.00

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
      All paragraphs alleged on information and belief.

Date: February 6, 2003


Linda Roberts-Ross, Esq.
          (TYPE OR PRINT NAME)                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. July 1, 2002]          COMPLAINT — Personal Injury, Property          Page 3 of 3
                                       Damage, Wrongful Death

ATTACHMENT TO COMPLAINT

McLoughlin, et al., v. Mercury Insurance Co., et al.

Defendants, and their agents, servants, employees, contractors and each of them, owed Plaintiffs a non-delegable duty to among other things, repair and remediate said property in a structurally safe, decontaminated, unpolluted and habitable condition.

Defendants, and their agents, servants, employees, contractors and each of them, owed Plaintiffs a non-delegable duty to, among other things, to repair Plaintiffs covered water damage and health hazards associated with said water intrusion and mold.

As a direct and proximate result of Defendants and Sellers' breach thereof, said water intrusion and infestation of toxic and hazardous mold, mildew and fungi, Plaintiffs residence and personal property has been damaged and/or destroyed.

Defendants failure to properly remediate said water leak and flooded condition of the subject property allowed water intrusion into the structure precipitating the growth and spread of toxic and possibly carcinogenic molds, mildew, fungi and smut. These toxic molds, mildew and fungi entered every room of Plaintiffs residence, through the heating and air conditioning duct system, was absorbed into the building structure, and continued to contaminate every organic material inside the residence including, but not limited to, carpet, carpet padding, insulation in the walls and attic, framing members, roof rafters, plywood roof sheathing, clothing and furniture.

Most importantly, the air inhaled and ingested by Plaintiffs contained the air-born spores of the toxic and possible carcinogenic molds.

As a further direct and proximate result of the aforesaid conduct of Defendants, and their agents, servants, employees, contractors and each of them, Plaintiffs have suffered personal injuries and property damage in an amount to be determined at trial.

As a further direct and proximate result of the aforesaid negligence of Defendants, and their agents, servants, employees, contractors and each of them, Plaintiffs have ingested toxic substances which have caused present injuries, and will in the future cause injuries and more severe manifestations to occur.

As a further direct and proximate result of the aforesaid negligence and intentional conduct of Defendants and their agents, servants, employees, contractors and each of them, Plaintiffs have been injured all to their general damage, and have suffered and continue to suffer extreme mental, physical, psychological and extreme emotional pain and suffering, loss of consortium, loss of society and companionship, injury to reputation, humiliation and injury to their bodies and shock to their nervous systems and other injuries to their health, strength and activity, all of which have caused and continue to cause extreme mental and emotional pain and suffering.

ATTACHMENT TO COMPLAINT

McLoughlin, et al., v. Mercury Insurance Co., et al.

Plaintiffs are informed and believe and thereon allege that said injuries will result in some permanent illness and/or disease. Plaintiffs have further suffered and continue to suffer extreme inconvenience, grief, disruption and disturbance of their daily personal and business routines. As a result of these injuries, Plaintiffs have suffered and continue to suffer damages in an amount to be ascertained at the time of trial.

As a further direct and proximate result of the aforesaid negligent and intentional conduct of Defendants, and their agents, servants, employees, contractors and each of them, Plaintiffs were required to and did hire physicians and other medical personnel to examine, diagnose and treat Plaintiffs and consequently incurred and will continue to incur medical expenses in the future for treatment by said personnel. The exact amount of said expenses are unknown presently but will be shown according to proof at the time of trial.

982.2(b)(1)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Linda Roberts-Ross [S.B.#212773]<br>ANDERSON & KRIGER<br>3800 Orange Street, Suite 100<br><br>Riverside, CA 92501<br>TELEPHONE NO.: 909/787-7146    FAX NO.: Fax: 909/787-71<br>ATTORNEY FOR *(Name)*: Plaintiffs | FILED<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 07 2003<br><br>JOHN A. CLARKE, CLERK<br><br>BY R. KARAPETYAN, DEPUTY |

| INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY: |
|---|
| Los Angeles Superior Court<br>Van Nuys West |

| CASE NAME:    McLouglin vs. Liberty Mutual, et al |
|---|

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: LC063886 |
|---|---|---|
| ☐ Limited  ☒ Unlimited | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 1811) | ASSIGNED JUDGE: |

*Please complete all five (5) items below.*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | Writ of mandate (02) |
|---|---|---|
| ☐ Auto (22) | ☐ Other employment (15) | ☐ Other judicial review (39) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Breach of contract/warranty (06) | **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)** |
| ☐ Asbestos (04) | ☐ Collections *(e.g., money owed, open book accounts)* (09) | ☐ Antitrust/Trade regulation (03) |
| ☐ Product liability (24) | ☒ Insurance coverage (18) | ☐ Construction defect (10) |
| ☐ Medical malpractice (45) | ☐ Other contract (37) | ☐ Claims involving mass tort (40) |
| ☒ Other PI/PD/WD (23) | **Real Property** | ☐ Securities litigation (28) |
| **Non-PI/PD/WD (Other) Tort** | ☐ Eminent domain/Inverse condemnation (14) | ☐ Toxic tort/Environmental (30) |
| ☐ Business tort/unfair business practice (07) | ☐ Wrongful eviction (33) | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☐ Civil rights *(e.g., discrimination, false arrest)* (08) | ☐ Other real property *(e.g., quiet title)* (26) | **Enforcement of Judgment** |
| ☐ Defamation *(e.g., slander, libel)* (13) | **Unlawful Detainer** | ☐ Enforcement of judgment *(e.g., sister state, foreign, out-of-county abstracts)* (20) |
| ☐ Fraud (16) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Intellectual property (19) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Professional negligence *(e.g., legal malpractice)* (25) | ☐ Drugs (38) | ☐ Other complaint *(not specified above)* (42) |
| ☒ Other non-PI/PD/WD tort (35) | **Judicial Review** | **Miscellaneous Civil Petition** |
| **Employment** | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| ☐ Wrongful termination (36) | ☐ Petition re: arbitration award (11) | ☐ Other petition *(not specified above)* (43) |

2. This case ☐ is  ☒ is not  complex under rule 1800 of the California Rules of Court. If case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties      d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination and related actions pending in one or more courts
      issues that will be time-consuming to resolve           in other counties, states or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence        f. ☐ Substantial post-disposition judicial disposition
3. Type of remedies sought *(check all that apply)*:
   a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*:
5. This case ☐ is  ☒ is not  a class action suit.
Date:
Linda Roberts-Ross [S.B.#212773]                    ▶
_____                _____
(TYPE OR PRINT NAME)                                 (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate, Family, or Welfare and Institutions Code). (Cal. Rules of Court, rule 982.2.)
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet shall be used for statistical purposes only.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>982.2(b)(1) [Rev. January 1, 2000] | CIVIL CASE COVER SHEET<br>Legal Solutions Plus | Cal. Rules of Court, rules 982.2, 1800–1812;<br>Standards of Judicial Administration, § 19 |

| SHORT TITLE: | Mcleuglin  vs Liborty Mutual | CASE NUMBER | |
|---|---|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> This form is required in all new civil case filings in the Los Angeles Superior Court

I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑YES  CLASS ACTION? ☐YES  LIMITED CASE? ☐YES  TIME ESTIMATED FOR TRIAL_____ ☐HOURS/☑DAYS.

II. Select the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to No. III, Pg. 4):

1 After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column 1, the Civil Case Cover Sheet case type you selected.

2 Check **one** Superior Court type of action in Column **2** which best describes the nature of this case.

3 In Column **3**, circle the reason for the court location choice that applies to the type of action you have checked.

> ### Applicable Reasons for Choosing Courthouse Location (See Column 3 below)
>
> 1. Class Actions must be filed in the County Courthouse, Central District.
> 2. May be filed in Central (Other county, or no Bodily Inj/Prop.Damage).
> 3. Location where cause of action arose.
> 4. Location where bodily injury, death or damage occurred.
> 5. Location where performance required or defendant resides.
> 6. Location of property or permanently garaged vehicle.
> 7. Location where petitioner resides.
> 8. Location wherein defendant/respondent functions wholly.
> 9. Location where one or more of the parties reside.
> 10. Location of Labor Commissioner Office.

4 Fill in the information requested on page 4 in item III; complete item IV. Sign the certificate.

| | -1-<br>Civil Case Cover<br>Sheet Category No. | -2-<br>Type of Action<br>(Check only one) | -3-<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Dam./Wrongful Death<br>Is this an uninsured motorist case? ☐Yes ☐No | 1., 2., 4. |
| **Other PI/PD/WD Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestosis - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| | Other PI/PD/WD (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7271  Negligent Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Dam./Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 3.<br>1., 2., 4. |
| **Non-PI/PD/WD Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Intellectual Property (19) | ☐ A6016  Intellectual Property | 2., 3. |

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

| | -1-<br>Civil Case Cover<br>Sheet Category No. | -2-<br>Type of Action<br>(Check only one) | -3-<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-PI/PD/WD Tort** | Prof. Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| **Employment** | Wrongful Termination<br>(35) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment<br>(15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/<br>Warranty<br>(06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not UD or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff(no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections<br>(09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage<br>(18) | ☐ A6015  Insurance Coverage (not complex) | 2., 5., 8. |
| | Other Contract<br>(37) | ☐ A6009  Contractural Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Emnt Dom/Inv. Cond.<br>(14) | ☐ A7300  Eminent Domain/Condemnation Number of parcels_____ | 2. |
| | Wrongful Eviction<br>(33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property<br>(26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property(not em. domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-<br>Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-<br>Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-<br>Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration<br>Award (11) | ☐ A6115  Petition to Compel/Confirm Arbitration | 2., 5. |

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**    LASC Rule 2.0

| SHORT TITLE: | | CASE NUMBER | |
|---|---|---|---|

| **-1-** Civil Case Cover Sheet Category No. | **-2-** Type of Action (Check only one) | **-3-** Applicable Reasons - See Step 3 Above |
|---|---|---|

Judicial Review (Cont'd.)

| **-1-** Civil Case Cover Sheet Category No. | **-2-** Type of Action (Check only one) | **-3-** Applicable Reasons - See Step 3 Above |
|---|---|---|
| Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| Oth. Jud. Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| Antitrust/Trade Reg. (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| Securities Litlg. (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| Tox. Tort/Envronm (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| Ins Covrage Clms from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| Partnership/Corp. Governance(21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9<br>2., 3., 9<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

Left margin labels (top to bottom): Judicial Review (Cont'd.) · Provisionally Complex Litig. · Enforcement of Judgment · Misc. Clv. Cmplts · Misc. Civil Petitions

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | |

-4-

III. Statement of Location: Enter the address of the accident, party residence or place of business, performance, or other circumstance indicated in No. II., item 3 on Page 1 as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER ITEM -3- WHICH APPLIES IN THIS CASE | ADDRESS: 7000  SEDAN  AVE |
|---|---|
| ☑1.☑2.☐3.☐4.☐5.☐6.☐7.☐8.☐9.☐10. | |

| CITY: WEST Hills | STATE: CA - | ZIP CODE: 91307 | |
|---|---|---|---|

IV. Certificate/Declaration of Assignment: The undersigned hereby certifies and declares that the above entitled matter is properly filed for assignment to the _LA. Nuys_ courthouse in the _____ District of the Los Angeles Superior Court under Section 392 et seq., Code of Civil Procedure and Rule 2(b), (c) and (d) of this court for the reason checked above. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on _3-7.03_ at, _Pasadena_ California.

(date)          (city)

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

## New Civil Case Filing Instructions

This addendum form is required so that the court can assign your case to the correct courthouse location in the proper district for filing and hearing. It satisfies the requirement for a certificate as to reasons for authorizing filing in the courthouse location, as set forth in Los Angeles Superior Court Local Rule 2.0. It must be completed and submitted to the court along with the Civil Case Cover Sheet and the original Complaint or Petition in **ALL** civil cases filed in any district (including the Central District) of the Los Angeles County Superior Court. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

---

**PLEASE HAVE THE FOLLOWING DOCUMENTS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

---

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk (Summons forms available at the Forms Counter.).

3. Civil Case Cover Sheet form required by California Rule of Court 982.2(b)(1), completely filled out (Cover Sheet forms available at the Forms Counter).

4. This "Addendum to Civil Case Cover Sheet" form [Superior Court Form Number 982.2(b)(1)A, revised 7/99], completely filled out (Item II. does not apply in limited civil cases) and submitted with the Civil Case Cover Sheet.*

5. Payment in full of the filing fee (unless filing on behalf of state or local government or no fee is due for the type of case being filed) or an Order of the Court waiving payment of filing fees in forma pauperis (fee waiver application forms available at the Filing Window)

6. In case of a plaintiff or petitioner who is a minor under 18 years of age, an Order of the Court appointing an adult as a guardian ad litem to act on behalf of the minor (Guardian ad Litem Application and Order forms available at the Forms Counter).

7. Additional copies of documents presented for endorsement by the Clerk and return to you.

* With the exception of limited civil and any civil cases concerning bodily injury (including wrongful death) and property damage occurring in this County, Labor Commissioner Appeals, and those types of actions required to be filed in the Central District by Local Court Rule 2(b), all civil actions may be optionally filed either in the Central District or in whichever other court location the rule would allow them to be filed. When a party elects to file a general or unlimited jurisdiction civil action in Central District that would also be eligible for filing in one or more of the other court locations, this form must still be submitted with location and assignment information completed.

---