EXHIBIT N

# CERTIFIED COPY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., A CALIFORNIA CORPORATION; ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, A MASSACHUSETTS CORPORATION, AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. C07-04651 CRB (ADR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEPOSITION OF: SUSAN OLSON
## TAKEN: FRIDAY, NOVEMBER 16, 2007

### Dalene Court Reporters

16161 Ventura Boulevard, #734

Encino, California 91436

Telephone: 661.726.0584

Reported By:
Magdalene S. Puente
CSR 8498

DEPOSITION OF SUSAN OLSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARGO CONCRETE, INC. A CALIFORNIA )
CORPORATION; N.M.N. CONSTRUCTION, )
INC., A CALIFORNIA CORPORATION,   )
                                  )
            PLAINTIFFS,           )
                                  ) CASE NO.
    V.                            ) C07-04651 CRB (ADR)
                                  )
LIBERTY MUTUAL FIRE INSURANCE     )
COMPANY, A MASSACHUSETTS          )
CORPORATION, AND DOES 1 THROUGH   )
100, INCLUSIVE,                   )
                                  )
            DEFENDANTS.           )

DEPOSITION OF **SUSAN OLSON**, TAKEN

ON BEHALF OF THE PLAINTIFF, AT

5820 CANOGA AVENUE, SUITE 250,

WOODLAND HILLS, CALIFORNIA, COMMENCING

AT 1:01 P.M., FRIDAY, OCTOBER 16, 2007,

BEFORE MAGDALENE S. PUENTE, CSR 8498.

2

DEPOSITION OF SUSAN OLSON

```
 1   APPEARANCES OF COUNSEL:

 2


 3   FOR THE PLAINTIFFS:

 4        ROXBOROUGH, POMERANCE & NYE, LLP
          BY:  NICHOLAS P. ROXBOROUGH, ESQ.
 5        5820 CANOGA AVENUE
          SUITE 250
 6        WOODLAND HILLS, CALIFORNIA  91367
          818.992.9999
 7


 8
     FOR THE DEFENDANTS:
 9
          GRACE, COSGROVE & SCHIRM
10        A PROFESSIONAL CORPORATION
          BY:  LISA KRALIK-HANSEN, ESQ.
11        444 SOUTH FLOWER STREET
          SUITE 1100
12        LOS ANGELES, CALIFORNIA  90071
          213.533.5400
13

14        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
          BY:  SCOTT R. SVESLOSKY, ESQ.
15        333 SOUTH HOPE STREET
          48TH FLOOR
16        LOS ANGELES, CALIFORNIA  90071-1448
          213.620.1780
17

18   ALSO PRESENT:

19        MICHAEL L. PHILLIPS, ESQ.

20

21

22

23

24

25
```

3

DEPOSITION OF SUSAN OLSON

| | | |
|---|---|---|
| 1 | LITIGATOR? | 01:01:58 |
| 2 | A.   I PRACTICED FROM 1983 TO 2005.  WELL, TAKE | 01:01:59 |
| 3 | THAT BACK.  IT WAS 2006 WHEN I FINALLY RETIRED. | 01:02:07 |
| 4 | Q.   WHEN IN 2006? | 01:02:09 |
| 5 | A.   MY OFFICIAL RETIREMENT DATE WAS OCTOBER 10TH, | 01:02:11 |
| 6 | I THINK, BUT MY LAST DAY OF WORK WAS MAY 30TH. | 01:02:15 |
| 7 | Q.   2006? | 01:02:18 |
| 8 | A.   2006. | 01:02:19 |
| 9 | Q.   YOU'RE HERE UNDER A SUBPOENA IN THIS CASE | 01:02:23 |
| 10 | CALLED LARGO. | 01:02:26 |
| 11 | YOU UNDERSTAND THAT? | 01:02:27 |
| 12 | A.   I UNDERSTAND THAT. | 01:02:28 |
| 13 | Q.   AND YOU'RE HERE REPRESENTED BY MS. KRALIK? | 01:02:28 |
| 14 | A.   YES. | 01:02:35 |
| 15 | **MR. ROXBOROUGH:**   YOU GO BY KRALIK-HANSEN? | 01:02:35 |
| 16 | **MS. HANSEN:**   HANSEN IS FINE. | 01:02:35 |
| 17 | **BY MR. ROXBOROUGH:** | 01:02:35 |
| 18 | Q.   YOU'RE HERE BEING REPRESENTED BY MS. HANSEN? | 01:02:35 |
| 19 | A.   I'M BEING REPRESENTED BY MS. HANSEN, YES. | 01:02:37 |
| 20 | Q.   AND YOU'RE AWARE THAT MS. HANSEN HAS SUBMITTED | 01:02:40 |
| 21 | A DECLARATION IN THE LARGO CASE DISQUALIFYING OUR FIRM; | 01:02:44 |
| 22 | CORRECT? | 01:02:48 |
| 23 | A.   NO, I'M NOT. | 01:02:48 |
| 24 | Q.   OTHER THAN -- OKAY.  MAY I ASK:  IS LIBERTY | 01:02:49 |
| 25 | PAYING FOR MS. HANSEN TO REPRESENT YOU? | 01:02:54 |

6

DEPOSITION OF SUSAN OLSON

| | | |
|---|---|---|
| 1 | ALLOW ME TO ASK QUESTIONS ABOUT MS. OLSON'S INVOLVEMENT | 01:42:27 |
| 2 | ON YOUR DECLARATION. IT'S THAT SIMPLE. | 01:42:31 |
| 3 | **MS. HANSEN:** YOU'RE NOT ENTITLED TO GET INTO | 01:42:34 |
| 4 | COMMUNICATIONS WITH RESPECT TO -- THE COMMUNICATIONS | 01:42:36 |
| 5 | AMONG ATTORNEYS REGARDING LEGAL WORK DONE. THAT FALLS | 01:42:39 |
| 6 | WITHIN THE ATTORNEY WORK PRODUCT RULE. | 01:42:43 |
| 7 | **MR. ROXBOROUGH:** NOT WHEN YOU PREPARE A | 01:42:46 |
| 8 | DECLARATION FOR YOU. | 01:42:46 |
| 9 | **BY MR. ROXBOROUGH:** | 01:42:46 |
| 10 | Q.   NOW, MS. HANSEN SAYS UNDER PENALTY OF PERJURY | 01:42:48 |
| 11 | ON LINE 20 THAT YOU'RE THE PERSON -- THAT YOU'RE ONE OF | 01:42:51 |
| 12 | THE PEOPLE THAT PARTICIPATED IN HER KENTUCKY | 01:42:55 |
| 13 | DECLARATION. | 01:42:59 |
| 14 | HOW DID YOU PARTICIPATE? | 01:43:00 |
| 15 | A.   I JUST EXPLAINED TO YOU HOW I PARTICIPATED. | 01:43:02 |
| 16 | Q.   THAT PHONE CALL? | 01:43:06 |
| 17 | A.   THAT PHONE CALL. | 01:43:07 |
| 18 | Q.   ANY OTHER PHONE CALLS AFTER THAT? | 01:43:08 |
| 19 | A.   NOT THAT I CAN RECALL. I MAY HAVE HAD ONE | 01:43:09 |
| 20 | WITH MS. HANSEN, BUT I DON'T RECALL IT. | 01:43:13 |
| 21 | Q.   BECAUSE THIS -- | 01:43:15 |
| 22 | A.   LET ME EXPLAIN, NICK, THAT I HAD HAD MAJOR | 01:43:16 |
| 23 | SURGERY JUST BEFORE THIS AND SO I WAS ON SOME PRETTY | 01:43:20 |
| 24 | SUBSTANTIAL DRUGS. | 01:43:23 |
| 25 | Q.   THE ONLY REASON I'M ASKING IS BECAUSE WHEN I | 01:43:24 |

36

DEPOSITION OF SUSAN OLSON

1  TO THE EXPERTS.                                                      02:19:15
2      Q.   YOU DIDN'T SUPERVISE MR. PYNES'S WORK ON THIS                02:19:17
3  CASE.                                                                02:19:19
4           THE DECLARATIONS THAT HAVE BEEN SUBMITTED SO                 02:19:20
5  FAR THAT OTHER PEOPLE HAVE, YOU DIDN'T HAVE ANY                       02:19:23
6  INVOLVEMENT, BUT I JUST WANT TO MAKE SURE.                            02:19:25
7      A.   MS. YEE DID THE PRIMARY SUPERVISION, I                       02:19:25
8  BELIEVE, AND MS. HANSEN DID A LITTLE.  I MAY HAVE                     02:19:29
9  LOOKED AT SOME OF THE THINGS, BUT I DON'T RECALL.                     02:19:31
10     Q.   MS. HANSEN'S DECLARATION IS THE VOICE OF ANY                 02:19:33
11 SPECIFICITY ON THAT SUBJECT AND MS. YEE'S DECLARATION                 02:19:37
12 SIMPLY SAYS SHE GAVE HIM A SPECIAL PROJECT WHICH                      02:19:39
13 CONSISTED OF REVIEWING A COUPLE OF CLAIM FILES AND                    02:19:42
14 REDACTING.                                                            02:19:45
15          YOU'VE WORKED ON PRIVILEGE LOGS BEFORE ON                    02:19:46
16 THESE KINDS OF CASES AND YOU'RE FAMILIAR WITH THEM                    02:19:49
17 GENERALLY?                                                            02:19:50
18     A.   YES, I AM.                                                   02:19:50
19     Q.   AND DO YOU RECALL, FOR EXAMPLE, THE REMEDYTEMP               02:19:51
20 PRIVILEGE LOG?                                                        02:19:54
21     A.   YES, I DO.                                                   02:19:55
22     Q.   AND DO YOU RECALL THE REDACTIONS WERE LIMITED                02:19:55
23 TO PRIVATE INFORMATION OF THE INJURED WORKER, THAT WAS                02:19:57
24 THE CONCERN UNDER LABOR CODE 3762?                                    02:20:01
25     A.   I RECALL --                                                  02:20:04

56

1  STATE OF CALIFORNIA      )
                            ) SS.
2  COUNTY OF LOS ANGELES    )

3       I, MAGDALENE S. PUENTE, CERTIFIED SHORTHAND
4  REPORTER, CERTIFICATE NUMBER 8498, FOR THE STATE OF
5  CALIFORNIA, HEREBY CERTIFY:
6       THE FOREGOING PROCEEDINGS WERE TAKEN BEFORE ME
7  AT THE TIME AND PLACE THEREIN SET FORTH, AT WHICH TIME
8  THE DEPONENT WAS PLACED UNDER OATH BY ME;
9       THE TESTIMONY OF THE DEPONENT AND ALL
10 OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE
11 RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER
12 TRANSCRIBED.
13      THE FOREGOING TRANSCRIPT IS A TRUE AND CORRECT
14 TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
15      I FURTHER CERTIFY THAT I AM NEITHER COUNSEL
16 FOR NOR RELATED TO ANY PARTY TO SAID ACTION NOR IN ANY
17 WAY INTERESTED IN THE OUTCOME THEREOF.
18      IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED
19 MY NAME THIS 23rd DAY OF November, 2007.

25                         _____
                           DEPOSITION OFFICER'S SIGNATURE

76