FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY'S SUPP. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE & NYE FROM REPRESENTING PLAINTIFFS**<br><br>[Filed Concurrently with:<br>1. Reply Brief<br>2. Declarations of Hector Barba, Greg Brisbee, William Cupelo, Greg Farkas, Frank Falzetta, Lisa Kralik Hansen, Susan Olson, John Silberstein, Ronald Skocypec and Scott Sveslosky;<br>3. Responses to Plaintiffs' Objections to Evidence Submitted by Liberty Mutual;<br>4. Liberty Mutual's Objections to Evidence Submitted by Plaintiffs; and<br>5. Request to File Certain Exhibits Under Seal for *In Camera* Review.]<br><br>Date:　December 21, 2007<br>Time:　10:00 a.m.<br>Place:　Courtroom 8 |

### REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, defendant and counterclaimant Liberty Mutual Fire Insurance Company ("Liberty Mutual"), by and through its attorneys, hereby requests that the Court take judicial notice of the following documents and the statements contained therein:

1. The complaint filed on August 19, 2003 in <u>Raymonda Ashou v. Liberty Mutual Fire Insurance Co.</u>, Los Angeles County Superior Court for the State of California, Case No. BC300992 (the "<u>Ashou</u> Complaint"). A true and correct copy of the <u>Ashou</u> Complaint is attached to the Supplemental Declaration of Scott Sveslosky as Exhibit G.

2. The complaint filed on January 17, 2003 in <u>Diane Cessna v. Liberty Mutual Insurance Co.</u>, Orange County Superior Court for the State of California, Case No. 03CC01793 (the "<u>Cessna</u> Complaint"). A true and correct copy of the <u>Cessna</u> Complaint is attached to the Supplemental Declaration of Scott Sveslosky as Exhibit J.

3. The complaint filed on June 11, 2003 in <u>Ralph Mock, et al. v. Liberty Mutual Insurance Co., et al.</u>, Los Angeles County Superior Court for the State of California, Case No. BC297264 (the "<u>Mock</u> Complaint"). A true and correct copy of the <u>Mock</u> Complaint is attached to the Supplemental Declaration of Scott Sveslosky as Exhibit K.

4. The complaint filed on February 7, 2003 in <u>Danielle McLoughlin, et al. v. Liberty Mutual Insurance Co., et al.</u>, Los Angeles County Superior Court for the State of California, Case No. LC063886 (the "<u>McLoughlin</u> Complaint"). A true and correct copy of the <u>McLoughlin</u> Complaint is attached to the Supplemental Declaration of Scott Sveslosky as Exhibit L.

5. The Petition to Disqualify filed by Roxborough, Pomerance, & Nye on October 24, 2007 in *In re* Lien Claims of the Dental Trauma Center, State of California Workers' Compensation Appeals Board Case No. VNO 00485284 *et al.* (the "DTC Petition"). A true and correct copy of the DTC Petition is attached to the Declaration of Frank Falzetta as Exhibit I.

6. The Opposition to Defendants' Motion to Disqualify filed by Roxborough, Pomerance & Nye on August 18, 2006 in Republic Service in Republic Services, Inc. v. Liberty Mutual Insurance Co., et al., United States District Court Eastern District of Kentucky Case No. 03-494-KSF (the "Republic Opposition"). A true and correct copy of the Republic Opposition is attached to the Declaration of Frank Falzetta as Exhibit M.

Dated: December 14, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
FRANK FALZETTA
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY