1 | FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
2 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
3 | Los Angeles, California 90071-1448
Telephone:    213-620-1780
4 | Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
5 | ssveslosky@sheppardmullin.com

6 | TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7 | Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
8 | Telephone:    415-434-9100
Facsimile:    415-434-3947
9 | tlindquist@sheppardmullin.com

10 | Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

11

12 |                 UNITED STATES DISTRICT COURT

13 |                NORTHERN DISTRICT OF CALIFORNIA

14 | LARGO CONCRETE, INC., a California       Case No. C07-04651 CRB (ADR)
Corporation; N.M.N. CONSTRUCTION,
INC., a California Corporation,            Hon. Charles R. Breyer
15 |                                         [Complaint Filed: September 10, 2007]

16 |                Plaintiffs,              **LIBERTY MUTUAL FIRE INSURANCE
                                            COMPANY'S ADMINISTRATIVE
17 |        v.                              MOTION TO FILE EXHIBITS B AND F
                                            TO THE GREG FARKAS DECLARATION
18 | LIBERTY MUTUAL FIRE INSURANCE          UNDER SEAL FOR *IN CAMERA* REVIEW**
COMPANY, a Massachusetts Corporation,
and DOES 1 through 100, inclusive.
19
                                            Date:   December 21, 2007
20 |                Defendants.             Time: 10:00 a.m.
                                            Place:  Courtroom 8
21

22

23

24 | AND RELATED COUNTERCLAIM

25

26

27

28

ADMINISTRATIVE MOTION TO FILE EXHIBITS
                                                        UNDER SEAL FOR *IN CAMERA* REVIEW

1  **ADMINISTRATIVE MOTION TO SEAL EXHIBITS B AND F TO THE GREG FARKAS**
   **DECLARATION FOR THIS COURT'S *IN CAMERA* REVIEW**
2

3          Defendant and Counterclaimant Liberty Mutual Fire Insurance Company

4  ("LMFIC") seeks, pursuant to Local Rules 7-11 and 79-5, to file under seal for this Court's *in*

5  *camera* review Exhibits B and F to the Declaration of Greg Farkas ("Farkas Decl."), filed

6  concurrently with Liberty Mutual Fire Insurance Company's Reply Brief in support of its Motion

7  to Disqualify plaintiffs' counsel.[1]

8

9          These exhibits are properly sealable because they are attorney billing records that

10 contain confidential, attorney-client privileged and work product information concerning work

11 that Craig Pynes performed for LMFIC and its affiliated companies while he was an associate at

12 Kern & Wooley LLP.  Clarke v. American Commerce Nat'l Bank, 974 F2d 127, 129 (9th Cir.

13 1992) ("[C]orrespondence, bills, ledgers, statements and time records which also reveal *the motive*

14 *of the client* in seeking representation, litigation strategy, *or the specific nature of the services*

15 *provided*, such as researching particular areas of law, fall within the privilege.") (emphasis added);

16 Chaudhry v. Gallerizzo, 174 F3d 394, 402–403 (4th Cir. 1999) (motion to compel production of

17 legal bills denied; legal bills revealed information regarding legal advice given, and thus were

18 protected by attorney-client privilege).

19

20          Exhibit B to the Farkas Declaration is a report that Mr. Farkas prepared to show the

21 fee and time entries billed for work performed by Mr. Pynes during the period January 1, 2003

22 through June 1, 2005.  [Farkas Decl., ¶ 2.]  This report contains specific descriptions of the tasks

23 Mr. Pynes performed during this period.  [Id.; see also Supplemental Declaration of Scott

24 Sveslosky in Support of Liberty Mutual Fire Insurance Company's Reply Brief ("Sveslosky

25 Decl."), at ¶¶ 9-10.]

26 _____
   [1]     Counsel for LMFIC sought to obtain a stipulation from plaintiffs' counsel permitting the
27      filing of the attached exhibits under seal, but was unable to obtain counsel's agreement.
        [Declaration of Ted C. Lindquist, III, at ¶ 3 and Exh. B.]
28

-1-

1    Exhibit F to the Farkas Declaration is a partially redacted electronic invoice dated

2 May 20, 2004, that Liberty Mutual Insurance Company ("LMIC") received electronically from

3 Kern & Wooley for work performed in the matter entitled <u>Ashou v. Liberty Mutual Fire Insurance</u>

4 <u>Company</u>.  The unredacted portions of the invoice show that LMIC was billed 85.8 hours for work

5 Mr. Pynes performed in the <u>Ashou</u> matter.  [Farkas Decl., ¶ 5; <u>see also</u> Sveslosky Decl., ¶¶ 4-7.]

6

7    LMFIC submits Exhibits B and F to the Farkas Declaration for *in camera* review so

8 that the Court can determine for itself the scope of the work that Mr. Pynes performed for LMFIC

9 and its affiliated companies while at Kern & Wooley.  However, because these exhibits contain

10 confidential, attorney-client privileged and work product information, they should be sealed, and

11 plaintiffs and their counsel should be barred from access to these records.

12

13                                **<u>CONCLUSION</u>**

14    For all of the foregoing reasons, Liberty Mutual respectfully requests that the Court

15 grant its Motion and permit Exhibits B and F to the Farkas Declaration to be filed under seal for

16 the limited purpose of this Court's *in camera* review of those exhibits.

17

18 Dated:  December 14, 2007

19                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

20

21                    By _____

22                            FRANK FALZETTA
                        Attorneys for Defendant and Counterclaimant
23                            LIBERTY MUTUAL FIRE
                            INSURANCE COMPANY

24

25

26

27

28

-2-

ADMINISTRATIVE MOTION TO FILE EXHIBITS
                                    UNDER SEAL FOR *IN CAMERA* REVIEW