FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**[PROPOSED] ORDER ON LIBERTY MUTUAL FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND F TO THE FARKAS DECLARATION UNDER SEAL FOR *IN CAMERA* REVIEW**<br><br>Date: December 21, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8 |

Having considered Defendant and Counterclaimant Liberty Mutual Fire Insurance Company ("LMFIC")'s Administrative Motion to File Exhibits B and F to the Farkas Declaration Under Seal for *In Camera* Review, and the Opposition filed by plaintiff Largo Concrete, Inc., and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. That Exhibits B and F to the Declaration of Greg Farkas Filed in Support of LMFIC's Reply Brief shall be and remain filed under seal solely for this Court's *in camera* review.

IT IS SO ORDERED.

Dated: December ___, 2007

_____

THE HONORABLE CHARLES R. BREYER

UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

Dated: December 14, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Ted Lindquist_____
TED C. LINDQUIST, III
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

W02-WEST:FTL\400609305.1

ORDER ON ADMINISTRATIVE MOTION TO FILE
EXHIBITS UNDER SEAL FOR IN CAMERA REVIEW