Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:   (818) 992-9999
Facsimile:   (818) 992-9991
E-Mail:   npr@rpnlaw.com
   mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**[PROPOSED] ORDER ON LIBERTY MUTUAL FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND F TO THE GREG FARKAS DECLARATION UNDER SEAL FOR *IN CAMERA* REVIEW**<br><br>Date:   December 21, 2007<br>Time:   10:00 a.m.<br>Ctrm:   8<br><br>[Opposition to Administrative Motion; and Objections to Evidence; Filed and Served Concurrently Herewith]<br><br>Complaint filed:   September 10, 2007 |

Having considered LIBERTY MUTUAL FIRE INSURANCE COMPANY'S Administrative Motion to File Exhibits "B" and "F" to the Declaration of Greg Farkas under seal for *In Camera* review, and the Opposition filed by LARGO CONCRETE, INC., and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

///

1

[PROPOSED] ORDER ON LIBERTY MUTUAL'S ADMINISTRATIVE MOTION
TO FILE EXHS B AND F TO FARKAS DECLARATION UNDER SEAL          NO. C07-04651 CRB (ADR)

1.    LIBERTY MUTUAL FIRE INSURANCE COMPANY'S Administrative Motion to File Exhibits "B" and "F" to the Declaration of Greg Farkas under seal for *In Camera* review is denied.

2.    Exhibits "B" and "F" to the Declaration of Greg Farkas shall be produced to LARGO CONCRETE, INC. for review.

IT IS SO ORDERED

DATED: December ____, 2007

                                                    THE HONORABLE CHARLES R. BREYER
                                                   UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER ON LIBERTY MUTUAL'S ADMINISTRATIVE MOTION
TO FILE EXHS B AND F TO FARKAS DECLARATION UNDER SEAL     NO. C07-04651 CRB (ADR)