Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California  91367
Telephone:    (818) 992-9999
Facsimile:    (818) 992-9991
E-Mail:    npr@rpnlaw.com
           mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE,
INC. and N.M.N. CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No.  C07-04651 CRB (ADR)<br>*[The Hon. Charles R. Breyer]*<br><br>**PROOF OF SERVICE**<br><br>Date:    December 21, 2007<br>Time:    10:00 a.m.<br>Ctrm:    8<br><br>[Opposition to Administrative Motion; Objections to Evidence; and [Proposed] Order Filed and Served Concurrently Herewith] |
| AND RELATED COUNTERCLAIM | Complaint filed:    September 10, 2007 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **December 19, 2007**, I served the foregoing documents described as:

1)   **OPPOSITION TO LIBERTY MUTUAL FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND F TO THE GREG FARKAS DECLARATION UNDER SEAL FOR *IN CAMERA* REVIEW;**

2)   **OBJECTIONS TO EVIDENCE SUBMITTED IN CONJUNCTION WITH LIBERTY MUTUAL'S REPLY TO LARGO'S OPPOSITION; and**

3)   **[PROPOSED] ORDER ON LIBERTY MUTUAL FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO FILE EXHIBITS B AND F TO THE GREG FARKAS DECLARATION UNDER SEAL FOR *IN CAMERA* REVIEW**

on the interested party(ies) in this action listed below:

Frank Falzetta, Esq.                       **ATTORNEYS FOR DEFENDANT**
Scott Sveslosky, Esq.                      **LIBERTY MUTUAL FIRE INSURANCE**
**SHEPPARD MULLIN RICHTER &**              **COMPANY**
   **HAMPTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Tel: (213) 620-1780 | Fax: (213) 620-1398
Email: ffalzetta@sheppardmullin.com
       ssveslosky@sheppardmullin.com

☒   **BY ELECTRONIC MAIL:** I caused such documents listed above to be transmitted via e-mail to each of the parties on the attached service list at the e-mail address as last given by that person on any document which he or she has filed in this action and served upon this office.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the each addressee(s).

☒   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **December 19, 2007**, at Woodland Hills, California.

Kim Schwarz

2

PROOF OF SERVICE                                    Case No. C07-04651 CRB (ADR)