IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., et al., | No. C 07-04651 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

    Defendant's administrative motion to file documents under seal for *in camera* review is DENIED. Although not clear from the motion, it appears defendant proposes not to show the documents to plaintiffs' counsel. The Court will not consider any evidence which has not been shared with opposing counsel.

**IT IS SO ORDERED.**

Dated: Dec. 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4651\orderreseal1.wpd