# EXHIBIT "F"

Legal eXchange Invoice from Kern and Wooley LLP

| | |
|---|---|
| Invoice Number: | 00070017749001 |
| Invoice Date: | 05/20/2004 |
| Description: | |
| Matter Number: | 0381134100 |
| Matter Name: | ASHOU, RAYMONDA v ASHOU,RAYMONDA (0043982940001) |
| Customer Pay Name: | |
| Customer Pay Number: | |
| Firm Tax ID: | 95-2829952 |
| Firm Address: | 11100 Santa Monica Blvd., 7th Floor |
| | Los Angeles, CA 90025 |

**REDACTED**

| Date | TK Name | LI # | Code | Hours | Rate | Fees: Orig. Amt | Curr. Amt | Description |
|------|---------|------|------|-------|------|-----------------|-----------|-------------|
| | | | | | | | | |

**REDACTED**

| Date | TK Name | LI # | Code | Hours | Rate | Orig. Amt | Curr. Amt | Description |
|------|---------|------|------|-------|------|-----------|-----------|-------------|
| 09/12/2003 | Craig Pvnes | 22 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare local rule certification as to Interested Parties. |

**REDACTED**


## REDACTED

| 09/12/2003 | Craig Pynes | 23 | L110 20 | 1.20 | $183.00 | $219.60 | $219.60 | Review and analyze claim file materials for possible motion to dismiss and/or motion for summary judgment and for use in preparing discovery. |
| 09/12/2003 | Craig Pynes | 26 | L120 20 | 1.10 | $183.00 | $201.30 | $201.30 | Analysis/Strategy - Analyze case law allowing recovery for damages for lesser of diminution in value or cost of repair where homeowner has not actually incurred out of pocket expense to pay for repairs for motion workup or discovery. |
| 09/12/2003 | Craig Pynes | 27 | L120 20 | 1.30 | $183.00 | $237.90 | $237.90 | Analysis/Strategy - Analyze case law interpretation of whether LMI tolling applies to CCP 340.9, and, if so, what actions are required by insurer to effect tolling for motion to dismiss or summary judgment. |

## REDACTED

| 09/12/2003 | Craig Pynes | 17 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Review Ashou complaint for removal and responsive pleadings. |
| 09/12/2003 | Craig Pynes | 18 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Discuss motions to remove, dismiss and for summary judgment with Susan Olson. |

## REDACTED

| 09/12/2003 | Craig Pynes | 25 | L120 20 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Prepare memo to Teresa Ruffino re: market value research and discuss same with her. |

## REDACTED

| | Craig | | L210 | | | | | Pleadings - Prepare Notice of Removal |

Bottomline Legal eXchange

| Date | Name | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 09/12/2003 | Pynes | 19 | 20 | 0.10 | $183.00 | $18.30 | $18.30 | of Action to Federal Court. |
| 09/12/2003 | Craig Pynes | 20 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Prepare declaration of Susan Olson in support of Notice of Removal of Action to Federal court. |
| 09/12/2003 | Craig Pynes | 21 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare Notice to Adverse Party of Removal of Action to Federal Court. |
| 09/12/2003 | Craig Pynes | 24 | L120 20 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Discuss motion and discovery workup with Susan Olson. |

**REDACTED**

| Date | Name | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 09/14/2003 | Craig Pynes | 29 | L240 20 | 1.30 | $183.00 | $237.90 | $237.90 | Dispositive Motions - Analyze case law addressing whether earthquake revival statute tolls revived claims during period that claim is reopened for motion to dismiss/ summary judgment. |
| 09/15/2003 | Craig Pynes | 35 | L240 20 | 1.20 | $183.00 | $219.60 | $219.60 | Dispositive Motions - Analyze case law interpretation addressing whether plaintiff's sale of her house allows application of Insurance Code 2071 to bar her claim for Motion to Dismiss and/or Motion for Summary Judgment. |
| 09/15/2003 | Craig Pynes | 38 | 20 L240 | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Prepare correspondence to plaintiff's counsel re: same. |
| 09/15/2003 | Craig Pynes | 39 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Continue preparing Notice of Removal of Action; declaration of Susan Olson in support of same; Notice to Adverse Party re: removal and Local Rule 83-1.5 Certification as to Interested Parties. |

**REDACTED**

| Date | Name | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 09/15/2003 | Craig Pynes | 33 | 20 L240 | 0.40 | $183.00 | $73.20 | $73.20 | Dispositive Motions - Discuss Motion to Dismiss and/or Motion for Summary Adjudication with Susan Olson. |

**REDACTED**

| Date | Name | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|
| 09/15/2003 | Craig Pynes | 34 | L120 20 | 0.40 | $183.00 | $73.20 | $73.20 | Analysis/Strategy - Analyze underlying file materials re: timing of underlying events for motion to dismiss or for summary judgment. Dispositive Motions - Review and |

Bottomline Legal eXchange

| Date | Name | | | | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 09/15/2003 | Craig Pynes | 36 | 20 L240 | 0.90 | $183.00 | $164.70 | $164.70 | analyze legislative history of Civil Code 340.9 for use in same. |
| 09/15/2003 | Craig Pynes | 37 | L240 20 | 0.10 | $183.00 | $18.30 | $18.30 | Dispositive Motions - Telephone conference with plaintiff's counsel re: extension to respond to complaint. |
| 09/15/2003 | Craig Pynes | 40 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Analyze case law interpretation of whether CCP 340.9 is subject to equitable tolling or absolute on its face. |
| 09/16/2003 | Craig Pynes | 42 | L110 20 | 0.40 | $183.00 | $73.20 | $73.20 | Fact Investigation/Development - Review and analyze Aces notes for use in discovery and motion workup. |

**REDACTED**

| Date | Name | | | | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 09/17/2003 | Craig Pynes | 46 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Continue preparing removal documents; identify exhibits to same and finalize same. |
| 09/17/2003 | Craig Pynes | 47 | L140 20 | 0.20 | $183.00 | $36.60 | $36.60 | Document/File Management - Telephone conferences with Stephen Losh, plaintiff's counsel, re: removal of action to federal court and stipulation to extend date to respond to complaint. |

**REDACTED**

| Date | Name | | | | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 09/17/2003 | Craig Pynes | 50 | 20 L120 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Prepare memo to file re: Ashou counsel's representations regarding client for investigation regarding same. |
| 09/17/2003 | Craig Pynes | 51 | 20 L210 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Prepare Civil Case Cover Sheets for Notice of Removal. |
| 09/17/2003 | Craig Pynes | 54 | L240 20 | 1.20 | $183.00 | $219.60 | $219.60 | Dispositive Motions - Review and analyze case law addressing genuine dispute with insured precludes bad faith for same, including reliance on independant experts for same. |
| 09/17/2003 | Craig Pynes | 55 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Discuss estoppel and statute of limitations arguments for same with Susan Olson. |

**REDACTED**

Pleadings - Prepare stipulation and order

| 09/17/2003 | Craig Pynes | 48 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | re: extension of Liberty's time to respond to complaint per district court requirements. |
| 09/17/2003 | Craig Pynes | 49 | 20 L320 | 0.30 | $183.00 | $54.90 | $54.90 | Document Production - Prepare subpoenas to county recorders office and building and safety department for earthquake records and review available information on-line. |
| 09/17/2003 | Craig Pynes | 52 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Telephone conferences with court re: removal of action. |
| 09/17/2003 | Craig Pynes | 53 | L240 20 | 1.10 | $183.00 | $201.30 | $201.30 | Dispositive Motions - Review and analyze case law addressing provision of policy benefits precludes breach of contract and bad faith for motions for summary judgment and to dismiss. |
| 09/17/2003 | Craig Pynes | 56 | L240 20 | 0.90 | $183.00 | $164.70 | $164.70 | Dispositive Motions - Analyze case law finding that revival statute is not subject to tolling for same. |

**REDACTED**

| 09/18/2003 | Craig Pynes | 64 | 20 L210 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Telephone conferences with court re: removal of action and decision not to remove same. |
| 09/18/2003 | Craig Pynes | 65 | L120 20 | 0.30 | $183.00 | $54.90 | $54.90 | Analysis/Strategy - Discuss case workup in state court in lieu of removal wtih Susan Olson. |
| 09/18/2003 | Craig Pynes | 66 | 20 L110 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Review and analyze comparable information for property from 10/93 to 3/94 and 10/96 to 2/97 and discuss same with Teresa Rufino. |

**REDACTED**



**REDACTED**

| Date | Name | # | Code | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 09/18/2003 | Craig Pynes | 67 | L240 20 | 2.90 | $183.00 | $530.70 | $530.70 | Dispositive Motions - Draft demurrer to complaint addressing statute of limitations preclusion; inapplicability of equitable estoppel and threshold appraisal requirement precluding action. |
| 09/19/2003 | Craig Pynes | 68 | L110 20 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Review and analyze complaint for motion to strike. |
| 09/19/2003 | Craig Pynes | 69 | L210 20 | 1.10 | $183.00 | $201.30 | $201.30 | Pleadings - Prepare Motion to Strike. |
| 09/19/2003 | Craig Pynes | 70 | 20 L120 | 0.50 | $183.00 | $91.50 | $91.50 | Analysis/Strategy - Review and analyze plausibility of attacking complaint on general statutes of limitations appliable to breach of contract and bad faith claims under Code of Civil Procedure 337 and 339(1) for dispositive motion. |
| 09/19/2003 | Craig Pynes | 71 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Review and analyze authorities for judicial notice of various documents in support of demurrer and prepare Request for Judicial Notice authenticating 7 exhibits to demurrer and motion to strike. |
| 09/19/2003 | Craig Pynes | 72 | 20 L240 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Continue preparing demurrer. |
| 09/19/2003 | Craig Pynes | 73 | L240 20 | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Prepare alternative orders on demurrer and motion to strike. |
| 09/19/2003 | Craig Pynes | 76 | 20 L140 | 0.10 | $183.00 | $18.30 | $18.30 | Document/File Management - Telephone conference with plaintiff's counsel re: non-removal of action to federal court. |
| 09/19/2003 | Craig Pynes | 74 | L320 20 | 0.20 | $183.00 | $36.60 | $36.60 | Document Production - Continue preparing subpoena to Building and Safety Department and prepare notice of deposition of person most knowledgeable re: records from same |
| 09/19/2003 | Craig Pynes | 75 | L320 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone conference with County Recorder's Office re: production of records relating to plaintiff's home. |

**REDACTED**

**REDACTED**

| Date | Name | | Code | | Rate | | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 09/22/2003 | Craig Pynes | 85 | L320 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone conference with County Recorders Office re: production of records for plaintiff's prior home. |
| 09/22/2003 | Craig Pynes | 86 | L140 20 | 0.20 | $183.00 | $36.60 | $36.60 | Document/File Management - Discuss status of discovery of county recorders documents; plaintiff's side-dealing with son and large financing before sale and investigation of sale with Susan Olson. |
| 09/22/2003 | Craig Pynes | 87 | L240 20 | 0.80 | $183.00 | $146.40 | $146.40 | Dispositive Motions - Continue preparing demurrer. |
| 09/22/2003 | Craig Pynes | 88 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Continue preparing Motion to Strike. |
| 09/22/2003 | Craig Pynes | 89 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Continue preparing Request for Judicial Notice in support of demurrer and motion to strike. |
| 09/22/2003 | Craig Pynes | 90 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Continue preparing alternative orders for grounds for demurrer and motion to strike. |

**REDACTED**

| Date | Name | | Code | | Rate | | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 09/23/2003 | Craig Pynes | 93 | L210 20 | 0.50 | $183.00 | $91.50 | $91.50 | Pleadings - Analyze means by which case can be remanded back to state court. |
| 09/23/2003 | Craig Pynes | 94 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Prepare Stipulation and Order to Remand Case to State Court. |

| Date | Name | # | Code | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 09/23/2003 | Craig Pynes | 95 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Discuss declaration in support of same with Beverly Auxier. |
| 09/23/2003 | Craig Pynes | 96 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare declaration of Beverly Auxier in support of same. |
| 09/23/2003 | Craig Pynes | 97 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Prepare correspondence to plaintiff's counsel re: same. |
| 09/24/2003 | Craig Pynes | 98 | 20 L240 | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Continue preparing demurrer. |
| 09/24/2003 | Craig Pynes | 99 | 20 L210 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Continue preparing Motion to Strike and Request for Judicial Notice. |
| 09/24/2003 | Craig Pynes | 100 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Telephone conference with plaintiff's counsel, Stephen Losh, re: revised stipulation to remand action to state court. |
| 09/24/2003 | Craig Pynes | 101 | 20 L210 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Supplement Stipulation to Remand Action to State court and prepare correspondance to plaintiff's counsel re: execution of supplemented stipulation . |
| 09/25/2003 | Craig Pynes | 102 | 20 L210 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Telephone call from Stephen Losh re: stipulation to remand action to state court and prepare requested document for forwarding to same. |
| 09/26/2003 | Craig Pynes | 103 | 20 L120 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Review federal and local rules re: extension pending remand to state court. |
| 09/26/2003 | Craig Pynes | 104 | 20 L120 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Prepare memo to file re: same. |
| 09/26/2003 | Craig Pynes | 105 | L140 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document/File Management - Telephone conference with plaintiff's counsel, Stephen Losh re: stipulation to extend response date pending remand to state court. |
| 09/26/2003 | Craig Pynes | 106 | 20 L210 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Prepare Stipulation re: same. |
| 09/26/2003 | Craig Pynes | 107 | L140 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document/File Management - Prepare correspondence to Mr. Losh re: same. |
| 09/30/2003 | Craig Pynes | 108 | L110 20 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Review documents produced by County Recorders Office. |
| 09/30/2003 | Craig Pynes | 109 | 20 L320 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone conference with County Recorders office and DDS re: production of complete file materials requested. |
| 09/30/2003 | Craig Pynes | 110 | 20 L190 | 0.50 | $183.00 | $91.50 | $91.50 | Other Case Assessment, Development and Admin. - Prepare summary of case for meetings with home office. |

Bottomline Legal eXchange

## REDACTED

| Date | Attorney | # | Code | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 10/01/2003 | Craig Pynes | 113 | L140 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document/File Management - Telephone conference with court re: status of case remand to state court. |
| 10/01/2003 | Craig Pynes | 114 | 20 L190 | 0.20 | $183.00 | $36.60 | $36.60 | Other Case Assessment, Development and Admin. - Continue preparing case summary for meeting with home office personel. |
| 10/01/2003 | Craig Pynes | 115 | 20 L190 | 0.10 | $183.00 | $18.30 | $18.30 | Other Case Assessment, Development and Admin. - Telephone conference with plaintiff's counsel re: case remand to the state court. |
| 10/02/2003 | Craig Pynes | 116 | L190 20 | 0.10 | $183.00 | $18.30 | $18.30 | Other Case Assessment, Development and Admin. - Continue preparing case summary for home office meetings. |
| 10/03/2003 | Craig Pynes | 117 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare Notice of Order Remanding Case to State Court. |
| 10/06/2003 | Craig Pynes | 118 | 20 L320 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone conference with DDS re: status of production of county recorder's file materials. |
| 10/07/2003 | Craig Pynes | 119 | L240 20 | 0.60 | $183.00 | $109.80 | $109.80 | Dispositive Motions - Compile numerous exhibits for demurrer and finalize demurrer; motion to strike; request for judicial notice and notice re: remand for filing. |
| 10/08/2003 | Craig Pynes | 120 | L320 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone call from LA Building Department re: status of production of documents for plaintiff's home. |
| 10/09/2003 | Craig Pynes | 121 | L320 20 | 0.10 | $183.00 | $18.30 | $18.30 | Document Production - Telephone conference with DDS re: production of County Recorder documents. |
| 10/11/2003 | Craig Pynes | 122 | 20 L190 | 0.20 | $183.00 | $36.60 | $36.60 | Other Case Assessment, Development and Admin. - Prepare correspondence to client re: responsive pleadings and brief update. |
| 10/14/2003 | Craig Pynes | 123 | L190 20 | 0.10 | $183.00 | $18.30 | $18.30 | Other Case Assessment, Development and Admin. - Finalize letter to client re: responsive pleadings. |

## REDACTED

| Date | Attorney | # | Code | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 10/17/2003 | Craig | 125 | L110 | 0.40 | $183.00 | $73.20 | $73.20 | Fact Investigation/Development - Review and analyze California public records re: Raymonda Ashou criminal |

| Date | | | | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| | Pynes | | 20 | | | | | | and other relevant history for use in working up initial evaluation report. |
| 10/17/2003 | Craig Pynes | 126 | 20 L120 | | 1.50 | $183.00 | $274.50 | $274.50 | Analysis/Strategy - Begin preparing initial evaluation of action letter to client. |
| 10/22/2003 | Craig Pynes | 127 | 20 L120 | | 0.80 | $183.00 | $146.40 | $146.40 | Analysis/Strategy - Continue preparing comprehensive evaluation letter. |
| 10/24/2003 | Craig Pynes | 128 | 20 L240 | | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Telephone call from Stephen Losh re: withdrawal of Demurrer and Motion to Strike to allow same to file first amended complaint. |
| 10/24/2003 | Craig Pynes | 129 | L240 20 | | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Prepare memo to file analyzing same. |
| 10/28/2003 | Craig Pynes | 130 | L240 20 | | 0.10 | $183.00 | $18.30 | $18.30 | Dispositive Motions - Telephone conference with plaintiff's counsel Stephen Losh re: withdrawal of demurrer in light of appraisal demand. |
| 10/30/2003 | Craig Pynes | 131 | L120 20 | | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Telephone conference with plaintiff's counsel, Stephen Losh, re: amending complaint in lieu of Opposing demurrer and motion to strike and prepare memo to file re: same. |
| 10/31/2003 | Craig Pynes | 132 | L320 20 | | 0.20 | $183.00 | $36.60 | $36.60 | Document Production - Review and analyze documents produced by the City of Los Angeles, Department of Building and Safety. |
| 10/31/2003 | Craig Pynes | 133 | L320 20 | | 0.30 | $183.00 | $54.90 | $54.90 | Document Production - Review and analyze documents produced by the County Recorder's Office for plaintiff's insured residence. |
| 11/03/2003 | Craig Pynes | 136 | L210 20 | | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare memo to file re: same. |

## REDACTED

| Date | | | | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2003 | Craig Pynes | 135 | L210 20 | | 0.60 | $183.00 | $109.80 | $109.80 | Pleadings - Review and analyze Plaintiff's First Amended Complaint and caselaw cited therein. |

## REDACTED

| Date | | | | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/2003 | Craig Pynes | 144 | L120 20 | | 0.50 | $183.00 | $91.50 | $91.50 | Analysis/Strategy - Review and analyze case law re: striking plaintiff's irrelevant and prejudicial allegations regarding her employment. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/04/2003 | Craig Pynes | 145 | L210 20 | 0.60 | $183.00 | $109.80 | $109.80 | Pleadings - Prepare motion to strike improper damages allegations and irrelevant and inflammatory allegations. |
| 11/04/2003 | Craig Pynes | 146 | L310 20 | 0.10 | $183.00 | $18.30 | $18.30 | Written Discovery (RFAs & Interrogatories) - Review plaintiff's special interrogatories and production requests. |
| 11/04/2003 | Craig Pynes | 147 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Telephone conference with Stephen Losh re: withdrawal of demurrer and motion to strike as moot in light of amended complaint. |
| 11/04/2003 | Craig Pynes | 148 | L240 20 | 0.80 | $183.00 | $146.40 | $146.40 | Dispositive Motions - Prepare demurrer to First Amended Complaint. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/04/2003 | Craig Pynes | 141 | 20 L240 | 0.30 | $183.00 | $54.90 | $54.90 | Dispositive Motions - Review and analyze case law authorizing court to sustain demurrer without leave to amend where plaintiff has tried to unsuccessfully amend for demurrer to amended complaint. |
| 11/04/2003 | Craig Pynes | 142 | L240 20 | 0.30 | $183.00 | $54.90 | $54.90 | Dispositive Motions - Review and analyze case law allowing court to disregard self-serving allegations in amended complaint where contradicted by prior allegations for demurrer to amended complaint. |
| 11/04/2003 | Craig Pynes | 143 | L120 20 | 0.30 | $183.00 | $54.90 | $54.90 | Analysis/Strategy - Review and analyze case law re: authority to strike plaintiff's allegation that Liberty misled her by telling her she only needed to cover her mortgage balance for motion to strike. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/06/2003 | Craig Pynes | 150 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare Notice of Withdrawal of Demurrer and Motion to Strike in light of plaintiff's amended complaint. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/06/2003 | Craig Pynes | 151 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Continue preparing Motion to Strike punitive damages and improper allegations from first amended complaint. |
| 11/06/2003 | Craig Pynes | 152 | L310 20 | 1.10 | $183.00 | $201.30 | $201.30 | Written Discovery (RFAs & Interrogatories) - Review file and prepare responses to plaintiff's special interrogatories. |
| 11/06/2003 | Craig Pynes | 153 | L310 20 | 0.50 | $183.00 | $91.50 | $91.50 | Written Discovery (RFAs & Interrogatories) - Prepare responses to plaintiff's production requests. |
| 11/06/2003 | Craig Pynes | 154 | L320 20 | 0.40 | $183.00 | $73.20 | $73.20 | Document Production - Review file re: production of requested documents; and segregating privileged and irrelevant documents. |
| 11/06/2003 | Craig Pynes | 155 | L310 20 | 0.80 | $183.00 | $146.40 | $146.40 | Written Discovery (RFAs & Interrogatories) - Prepare responses to plaintiff's admission requests. |
| 11/06/2003 | Craig Pynes | 156 | L310 20 | 1.80 | $183.00 | $329.40 | $329.40 | Written Discovery (RFAs & Interrogatories) - Prepare responses to plaintiff's form interrogatories, including supporting denials of numerous admission requests. |
| 11/07/2003 | Craig Pynes | 157 | L320 20 | 0.70 | $183.00 | $128.10 | $128.10 | Document Production - Review underlying file materials for production and redact privileged information. |
| 11/07/2003 | Craig Pynes | 158 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Continue preparing demurrer to first amended complaint. |
| 11/07/2003 | Craig Pynes | 159 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Continue preparing Motion to Strike First Amended Complaint. |

**REDACTED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/2003 | Craig Pynes | 163 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Review and analyze case law re: whether an insurer waives the one year policy limitations period by continuing to investigate a claim for demurrer. |
| | Craig | | L240 | | | | | Dispositive Motions - Supplement |

| Date | Name | # | | Hours | Rate | Amount | Amount | Description |
|------|------|---|---|-------|------|--------|--------|-------------|
| 11/12/2003 | Pynes | 164 | 20 | 0.30 | $183.00 | $54.90 | $54.90 | demurrer to reflect above argument. |
| 11/12/2003 | Craig Pynes | 165 | L320 20 | 0.40 | $183.00 | $73.20 | $73.20 | Document Production - Continue reviewing and redacting documents to be produced in compliance with plaintiff's production requests. |
| 11/12/2003 | Craig Pynes | 166 | 20 L310 | 0.60 | $183.00 | $109.80 | $109.80 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiffs' special interrogatories. |
| 11/12/2003 | Craig Pynes | 167 | L310 20 | 0.50 | $183.00 | $91.50 | $91.50 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's admission requests. |
| 11/12/2003 | Craig Pynes | 168 | L310 20 | 0.30 | $183.00 | $54.90 | $54.90 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's production requests. |
| 11/13/2003 | Craig Pynes | 169 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Telephone call from Angela Leon, plaintiff's counsel, re: proposed Second Amended Complaint. |
| 11/13/2003 | Craig Pynes | 170 | 20 L120 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Analyze whether plaintiff can file amended complaint without stipulation from Liberty. |
| 11/13/2003 | Craig Pynes | 171 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare email addressing same. |
| 11/13/2003 | Craig Pynes | 172 | L210 20 | 0.60 | $183.00 | $109.80 | $109.80 | Pleadings - Continue preparing Motion to Strike Amended Complaint. |
| 11/13/2003 | Craig Pynes | 173 | 20 L240 | 0.60 | $183.00 | $109.80 | $109.80 | Dispositive Motions - Review and analyze case law re: requirements to waive statute of limitation for supplementation to demurrer to amended complaint. |
| 11/13/2003 | Craig Pynes | 174 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Supplement demurrer to address above issues. |
| 11/13/2003 | Craig Pynes | 175 | L240 20 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Review and analyze case law re: whether appraisal requires case dismissal, if so, under what conditions and to what extent for demurrer to first amended complaint. |
| 11/14/2003 | Craig Pynes | 176 | L120 20 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Prepare memo to file re: preclusion of second amended complaint without leave if responsive pleadings filed before same. |

**REDACTED**

Bottomline Legal eXchange

| Date | Name | # | Task | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 11/17/2003 | Craig Pynes | 179 | 20 L240 | 0.50 | $183.00 | $91.50 | $91.50 | Dispositive Motions - Continue preparing demurrer to first amended complaint. |
| 11/17/2003 | Craig Pynes | 180 | L210 20 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Continue preparing motion to strike amended complaint. |
| 11/17/2003 | Craig Pynes | 181 | L240 20 | 0.20 | $183.00 | $36.60 | $36.60 | Dispositive Motions - Prepare request for judicial notice in support of demurrer and motion to strike and cases and documentation in support of same. |
| 11/20/2003 | Craig Pynes | 182 | L110 20 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Prepare letter to client and email/memo to Susan Olson re: demurrer and motion to strike amended complaint. |
| 11/21/2003 | Craig Pynes | 184 | L310 20 | 0.80 | $183.00 | $146.40 | $146.40 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's form interrogatories. |
| 11/21/2003 | Craig Pynes | 185 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's production requests. |
| 11/21/2003 | Craig Pynes | 186 | L310 20 | 0.40 | $183.00 | $73.20 | $73.20 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's special interrogatories. |
| 11/21/2003 | Craig Pynes | 183 | L310 20 | 0.40 | $183.00 | $73.20 | $73.20 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's admission requests. |
| 11/24/2003 | Craig Pynes | 195 | L310 20 | 0.10 | $183.00 | $18.30 | $18.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's special interrogatories. |
| 11/24/2003 | Craig Pynes | 196 | L310 20 | 0.10 | $183.00 | $18.30 | $18.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to plaintiff's admission requests. |
| 11/24/2003 | Craig Pynes | 197 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Review Aces notes re: supplementation of discovery responses. |

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/24/2003 | Craig Pynes | 194 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) – Continue preparing responses to plaintiff's production requests. |

**REDACTED**

| 11/25/2003 | Craig Pynes | 198 | L110 20 | 0.10 | $183.00 | $18.30 | $18.30 | Fact Investigation/Development - Review court file re: whether plaintiff improperly filed Second Amended Complaint without court permission and after demurrer filed to operative complaint as threatened. |
| 11/25/2003 | Craig Pynes | 199 | 20 L110 | 0.10 | $183.00 | $18.30 | $18.30 | Fact Investigation/Development - Telephone conference with Stephen Losh re: provision of responsive pleadings. |

**REDACTED**

| 12/01/2003 | Craig Pynes | 201 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Prepare emails/ memos re: discovery issues and client review. |
| 12/01/2003 | Craig Pynes | 202 | L110 20 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Review and analyze Second Amended Complaint. |
| 12/01/2003 | Craig Pynes | 203 | L120 20 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Review and analyze prohibition against filing second amended complaint absent stipulation or motion to amend. |
| 12/02/2003 | Craig Pynes | 204 | 20 L110 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Review court docket re: court's acceptance of improperly filed second amended complaint and telephone |

Bottomline Legal eXchange

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | conference re: same. |
| 12/02/2003 | Craig Pynes | 205 | L110 20 | 0.20 | $183.00 | $36.60 | $36.60 | Fact Investigation/Development - Prepare emails/ memos re: same. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/03/2003 | Craig Pynes | 207 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Supplement interrogatory responses re: last known addresses for various employees. |
| 12/04/2003 | Craig Pynes | 211 | L120 20 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Meet and confer requirements in conjunction with upcoming case management conference. |
| 12/04/2003 | Craig Pynes | 212 | L230 20 | 0.10 | $183.00 | $18.30 | $18.30 | Court-Mandated Conferences - Telephone conference with plaintiff's counsel to comply with same. |
| 12/04/2003 | Craig Pynes | 213 | L230 20 | 0.30 | $183.00 | $54.90 | $54.90 | Court-Mandated Conferences - Review file and prepare CMC Statement. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/04/2003 | Craig Pynes | 210 | 20 L310 | 0.40 | $183.00 | $73.20 | $73.20 | Written Discovery (RFAs & Interrogatories) - Continue preparing responses to special and form interrogatories and supplement with information recently sent by client. |
| 12/05/2003 | Craig Pynes | 215 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Prepare request for judicial notice attaching same in further support of demurrer to first amended complaint. |
| 12/05/2003 | Craig Pynes | 214 | L120 20 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Review and analyze Statement of Decision re: Demurrer in Northridge Earthquake Litigation for use in support of demurrer to First Amended Complaint. |
| 12/08/2003 | Craig Pynes | 216 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Continue preparing request for judicial notice of additional court order re: application of CCP 340.9 for support of demurrer and motion to strike. |

**REDACTED**

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/16/2003 | Craig Pynes | 219 | L120 20 | 0.30 | $183.00 | $54.90 | $54.90 | Analysis/Strategy - Review and analyze case law and statutory requirements re: Objecting to and responding to Plaintiff's Notice of Related cases and Request for Transfer of action. |
| 12/16/2003 | Craig Pynes | 220 | 20 L210 | 0.30 | $183.00 | $54.90 | $54.90 | Pleadings - Draft Objection and response to same. |
| 12/16/2003 | Craig Pynes | 221 | 20 L230 | 0.20 | $183.00 | $36.60 | $36.60 | Court-Mandated Conferences - Telephone conference with Angela Leon re: CMC meet and confer and supplement CMC statement re: same. |
| 12/16/2003 | Craig Pynes | 222 | L120 20 | 0.80 | $183.00 | $146.40 | $146.40 | Analysis/Strategy - Review and analyze case law re: court's ability to review letters referenced in complaint that contradict original complaint's allegations for Objections/ response to Notice of Filing Second Amended Complaint. |
| 12/16/2003 | Craig Pynes | 223 | 20 L120 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Review plaintiff's Notice of Second Amended Complaint and Notice of Related Cases and request to transfer action. |
| 12/16/2003 | Craig Pynes | 224 | 20 L120 | 0.30 | $183.00 | $54.90 | $54.90 | Analysis/Strategy - Review case law re: objection and response to notice of filing second amended complaint. |
| 12/16/2003 | Craig Pynes | 225 | L120 20 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Review file materials for use in Objecting to and responding to same. |
| 12/16/2003 | Craig Pynes | 226 | L210 20 | 0.40 | $183.00 | $73.20 | $73.20 | Pleadings - Draft Objection and response to same. |
| 12/17/2003 | Craig Pynes | 227 | L210 20 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Continue preparing Objection and Response to plaintiff's Notice of Filing Second Amended Complaint. |
| 12/17/2003 | Craig Pynes | 228 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Continue preparing Objection and Response to Plaintiff's Notice and Request to Transfer Action to CCW. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/24/2003 | Craig Pynes | 230 | L310 20 | 1.60 | $183.00 | $292.80 | $292.80 | Written Discovery (RFAs & Interrogatories) - Review file and begin preparing extensive special interrogatories to plaintiff. |

**REDACTED**

Bottomline Legal eXchange

**REDACTED**



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/29/2003 | Craig Pynes | 232 | L310 20 | 0.70 | $183.00 | $128.10 | $128.10 | Written Discovery (RFAs & Interrogatories) - Continue preparing extensive special interrogatories to plaintiff. |
| 12/29/2003 | Craig Pynes | 233 | L310 20 | 0.10 | $183.00 | $18.30 | $18.30 | Written Discovery (RFAs & Interrogatories) - Prepare declaration of Craig Pynes in support of extensive interrogatories. |
| 12/29/2003 | Craig Pynes | 234 | 20 L310 | 0.50 | $183.00 | $91.50 | $91.50 | Written Discovery (RFAs & Interrogatories) - Prepare production requests to plaintiff. |
| 12/29/2003 | Craig Pynes | 237 | 20 L210 | 0.20 | $183.00 | $36.60 | $36.60 | Pleadings - Review plaintiff's response to Liberty's Objection and response to Notice of Filing Second Amended Complaint; request for judicial notice on same; and response re: request for transfer to CCW. |
| 12/29/2003 | Craig Pynes | 238 | L120 20 | 0.10 | $183.00 | $18.30 | $18.30 | Analysis/Strategy - Review and analyze propriety of request to transfer to identified cases. |
| 12/29/2003 | Craig Pynes | 235 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Prepare admission requests to plaintiff. |
| 12/29/2003 | Craig Pynes | 236 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Prepare form interrogatories to plaintiff. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/05/2004 | Craig Pynes | 243 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Continue preparing letter to plaintiffs' counsel re: CCW case filing requirements and letter to client re: case transfer. |

**REDACTED**

Fact Investigation/Development -

Bottomline Legal eXchange

| Date | Name | | | Hours | Rate | Amount | | Description |
|---|---|---|---|---|---|---|---|---|
| 01/08/2004 | Craig Pynes | 247 | 20 L110 | 0.20 | $183.00 | $36.60 | $36.60 | Telephone conference with Angela Leon re: responding to Liberty's statement to the court; CMC statement and further handling on transferred action. |

### REDACTED

| 01/10/2004 | Craig Pynes | 248 | 20 L310 | 0.50 | $183.00 | $91.50 | $91.50 | Written Discovery (RFAs & Interrogatories) - Prepare interrogatories and production requests to plaintiff. |

### REDACTED

| 01/12/2004 | Craig Pynes | 253 | L210 20 | 0.10 | $183.00 | $18.30 | $18.30 | Pleadings - Telephone conference with plaintiff's counsel, Angela Leon, re: information on case handling after transfer. |
| 01/12/2004 | Craig Pynes | 254 | L310 20 | 0.20 | $183.00 | $36.60 | $36.60 | Written Discovery (RFAs & Interrogatories) - Telephone conference with plaintiff's counsel re: discovery responses and production in light of case transfer and production of claims documents. |

### REDACTED

| 01/13/2004 | Craig Pynes | 255 | 20 L120 | 0.20 | $183.00 | $36.60 | $36.60 | Analysis/Strategy - Review file and provide requested information for extensive case evaluation. |

### REDACTED

Bottomline Legal eXchange

**REDACTED**

**REDACTED**

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

| 02/10/2004 | Craig Pynes | 275 | L120 20 | 0.60 | $193.00 | $115.80 | $115.80 | Analysis/Strategy - Analyze equitable tolling issues for status report to client. |

**REDACTED**

| 02/11/2004 | Craig Pynes | 278 | L240 20 | 0.40 | $193.00 | $77.20 | $77.20 | Dispositive Motions - Review and analyze whether court can take judicial notice of letters that directly contradict pleadings, where earlier pleading omits critical fact relied on in subsequent pleading to circumvent demurrer for demurrer to second amend |
| 02/11/2004 | Craig Pynes | 279 | L240 20 | 0.80 | $193.00 | $154.40 | $154.40 | Dispositive Motions - Prepare demurrer to plaintiff's second amended complaint. |
| 02/11/2004 | Craig Pynes | 280 | 20 L240 | 0.20 | $193.00 | $38.60 | $38.60 | Dispositive Motions - Prepare request for judicial notice in support of demurrer to second amended complaint. |
| 02/11/2004 | Craig Pynes | 281 | 20 L210 | 0.50 | $193.00 | $96.50 | $96.50 | Pleadings - Prepare motion to strike punitive damages and irrelevant allegations from second amended complaint. |

**REDACTED**

| 02/13/2004 | Craig Pynes | 283 | L120 20 | 0.40 | $193.00 | $77.20 | $77.20 | Analysis/Strategy - Review and analyze case law re: court permitted to review documents outside pleadings where plaintiff skips step of moving to amend for demurrer to second amended complaint. |
| 02/13/2004 | Craig Pynes | 284 | L240 20 | 0.60 | $193.00 | $115.80 | $115.80 | Dispositive Motions - Continue preparing demurrer to second amended complaint. |
| 02/13/2004 | Craig | 285 | L240 | 0.20 | $193.00 | $38.60 | $38.60 | Dispositive Motions - Continue preparing extensive request for judicial |

Bottomline Legal eXchange

Pynes    20                                                        notice in support of demurrer.


**REDACTED**


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/17/2004 | Craig Pynes | 289 | L240 20 | 0.60 | $193.00 | $115.80 | $115.80 | Dispositive Motions - Continue preparing demurrer to second amended complaint. |
| 02/17/2004 | Craig Pynes | 290 | L240 20 | 0.10 | $193.00 | $19.30 | $19.30 | Dispositive Motions - Continue preparing request for judicial notice in support of demurrer to second amended complaint. |
| 02/17/2004 | Craig Pynes | 291 | L120 20 | 0.40 | $193.00 | $77.20 | $77.20 | Analysis/Strategy - Review recent California or Ninth Circuit cases addressing equitable estoppel tolling on CCP 340.9 preclusion of reopened earthquake claims after closure of statutory period for demurrer to second amended complaint. |
| 02/17/2004 | Craig Pynes | 292 | L240 20 | 0.70 | $193.00 | $135.10 | $135.10 | Dispositive Motions - Review and analyze case law re: court's ability to take judicial notice of orders of other courts; policy; extrinsic letters that contradict the complaint and non-California case law for demurrer. |
| 02/17/2004 | Craig Pynes | 293 | L240 20 | 0.50 | $193.00 | $96.50 | $96.50 | Dispositive Motions - Prepare points and authorities that the court can take judicial notice of orders of other courts; policy; extrinsic letters that contradict the complaint and non-California case law for demurrer. |
| 02/17/2004 | Craig Pynes | 294 | 20 L210 | 0.50 | $193.00 | $96.50 | $96.50 | Pleadings - Continue preparing motion to strike second amended complaint. |


**REDACTED**


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/18/2004 | Craig Pynes | 298 | L310 20 | 1.70 | $193.00 | $328.10 | $328.10 | Written Discovery (RFAs & Interrogatories) - Continue preparing special interrogatories to plaintiff (over 150 interrogatories). |

Bottomline Legal eXchange

| Date | Name | # | Codes | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 02/18/2004 | Craig Pynes | 299 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing declaration of necessity in support of extensive special interrogatories. |
| 02/18/2004 | Craig Pynes | 300 | 20 L310 | 0.20 | $193.00 | $38.60 | $38.60 | Written Discovery (RFAs & Interrogatories) - Prepare form interrogatories to plaintiff. |

**REDACTED**

| Date | Name | # | Codes | Hours | Rate | Amount | Total | Description |
|---|---|---|---|---|---|---|---|---|
| 02/19/2004 | Craig Pynes | 302 | 20 L210 | 0.70 | $193.00 | $135.10 | $135.10 | Pleadings - Review and analyze case law re: moving to strike letters that Liberty waived application of Code of Civil Procedure section 340.9 as false statements and prepare memo to file re: probable success in moving to strike on this basis. |
| 02/19/2004 | Craig Pynes | 303 | L210 20 | 0.50 | $193.00 | $96.50 | $96.50 | Pleadings - Continue preparing motion to strike. |
| 02/19/2004 | Craig Pynes | 304 | L210 20 | 0.60 | $193.00 | $115.80 | $115.80 | Pleadings - Continue preparing request for judicial notice and supporting points and authorities. |
| 02/19/2004 | Craig Pynes | 305 | 20 L120 | 0.40 | $193.00 | $77.20 | $77.20 | Analysis/Strategy - Review whether case law addressing judicial notice for fire insurance policies requires judicial notice of homeowner's policy with earthquake coverage for request for judicial notice. |
| 02/19/2004 | Craig Pynes | 306 | L310 20 | 0.60 | $193.00 | $115.80 | $115.80 | Written Discovery (RFAs & Interrogatories) - Continue preparing extensive production requests to plaintiff (almost 70 requests). |
| 02/19/2004 | Craig Pynes | 307 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing admission requests to plaintiff. |
| 02/20/2004 | Craig Pynes | 308 | L210 20 | 0.30 | $193.00 | $57.90 | $57.90 | Pleadings - Continue preparing motion to strike second amended complaint. |

Bottomline Legal eXchange

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/20/2004 | Craig Pynes | 309 | 20 L210 | 0.20 | $193.00 | $38.60 | $38.60 | Pleadings - Continue preparing request for judicial notice and numerous exhibits for same. |
| 02/20/2004 | Craig Pynes | 310 | L240 20 | 0.30 | $193.00 | $57.90 | $57.90 | Dispositive Motions - Continue preparing demurrer to second amended complaint. |
| 02/20/2004 | Craig Pynes | 311 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing form interrogatories to plaintiff. |
| 02/20/2004 | Craig Pynes | 312 | L310 20 | 0.60 | $193.00 | $115.80 | $115.80 | Written Discovery (RFAs & Interrogatories) - Continue preparing special interrogatories to plaintiff (150 interrogatories). |
| 02/20/2004 | Craig Pynes | 313 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) - Continue preparing declaration of Necessity in support of extensive interrogatories to plaintiff. |
| 02/20/2004 | Craig Pynes | 314 | L310 20 | 0.40 | $193.00 | $77.20 | $77.20 | Written Discovery (RFAs & Interrogatories) - Continue preparing production requests to plaintiff. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/23/2004 | Craig Pynes | 316 | L210 20 | 0.30 | $193.00 | $57.90 | $57.90 | Pleadings - Continue preparing request for judicial notice and supporting exhibits for same. |
| 02/24/2004 | Craig Pynes | 317 | 20 L310 | 1.20 | $193.00 | $231.60 | $231.60 | Written Discovery (RFAs & Interrogatories) - Continue preparing extensive special interrogatories to plaintiff (over 150 interrogatories) and supporting declaration of necessity. |
| 02/24/2004 | Craig Pynes | 318 | 20 L310 | 0.40 | $193.00 | $77.20 | $77.20 | Written Discovery (RFAs & Interrogatories) - Continue preparing production requests to plaintiff (over 60 requests). |
| 02/25/2004 | Craig Pynes | 319 | L210 20 | 0.20 | $193.00 | $38.60 | $38.60 | Pleadings - Prepare letter to client re: demurrer and motion to strike. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/26/2004 | Craig Pynes | 320 | L210 20 | 0.10 | $193.00 | $19.30 | $19.30 | Pleadings - Continue preparing letter to Liberty re: demurrer and motion to strike. |
| 02/26/2004 | Craig Pynes | 321 | L310 20 | 0.70 | $193.00 | $135.10 | $135.10 | Written Discovery (RFAs & Interrogatories) - Continue preparing extensive special interrogatories to plaintiff (150 special interrogatories). Document Production - Two telephone |

Bottomline Legal eXchange

| Date | Name | | | | | | Description |
|------|------|---|---|---|---|---|-------------|
| 02/27/2004 | Craig Pynes | 323 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | calls with Angela Leon, Beverly Hills Legal Center, re: review of claim files and their production of documents. |
| 02/27/2004 | Craig Pynes | 324 | 20 L320 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Prepare letter to Angela Leon, plaintiffs' counsel, re: document review. |
| 02/27/2004 | Craig Pynes | 325 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) – Continue preparing production requests to plaintiff. |
| 02/27/2004 | Craig Pynes | 326 | L310 20 | 0.20 | $193.00 | $38.60 | $38.60 | Written Discovery (RFAs & Interrogatories) – Continue preparing special interrogatories to plaintiff. |
| 02/27/2004 | Craig Pynes | 327 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Continue preparing admission requests to plaintiff. |
| 02/27/2004 | Craig Pynes | 328 | L310 20 | 0.10 | $193.00 | $19.30 | $19.30 | Written Discovery (RFAs & Interrogatories) – Continue preparing form interrogatories to plaintiff. |

## REDACTED

| Date | Name | | | | | | Description |
|------|------|---|---|---|---|---|-------------|
| 03/01/2004 | Craig Pynes | 331 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Review claim manual documents to be produced to plaintiff's counsel and claim manual index for same. |
| 03/01/2004 | Craig Pynes | 332 | 20 L320 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Telephone conference with Angela Leon re: document production. |
| 03/01/2004 | Craig Pynes | 333 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Review file re: plaintiff's counsel's execution of stipulation for protective order and continue preparing letter to Angela Leon re: groundrules for document production. |
| 03/02/2004 | Craig Pynes | 334 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Prepare letter to plaintiffs' counsel re: document production. |
| 03/02/2004 | Craig Pynes | 335 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Two telephone conferences with plaintiff's counsel, Angelica Leon, re; rescheduling document production and discovery. |
| 03/04/2004 | Craig Pynes | 336 | L120 20 | 0.50 | $193.00 | $96.50 | $96.50 | Analysis/Strategy - Review very recent case law interpreting Insurance Code 2071 in earthquake context for reply in support of demurrer. |
| 03/05/2004 | Craig Pynes | 337 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Review plaintiff's counsel's meet and confer letter re: document production. |

Bottomline Legal eXchange

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/05/2004 | Craig Pynes | 338 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Telephone conference with plaintiff's counsel re: document production. |
| 03/05/2004 | Craig Pynes | 339 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Prepare letter to plaintiff's counsel, Angelica Leon, re: responding to her letter regarding supplemental production. |
| 03/05/2004 | Craig Pynes | 340 | L320 20 | 0.60 | $193.00 | $115.80 | $115.80 | Document Production - Prepare privilege log in relation to redacted documents. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/09/2004 | Craig Pynes | 342 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Continue preparing meet and confer letter to plaintiffs' counsel re: document production. |
| 03/09/2004 | Craig Pynes | 343 | 20 L320 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Continue preparing privilege log of documents witheld or redacted. |
| 03/09/2004 | Craig Pynes | 344 | L320 20 | 0.20 | $193.00 | $38.60 | $38.60 | Document Production - Two telephone conferences with plaintiff's counsel, Angelica Leon, re: review of claim manual documents and discuss redactions of produced documents. |
| 03/09/2004 | Craig Pynes | 345 | L210 20 | 0.10 | $193.00 | $19.30 | $19.30 | Pleadings - Review file and court file re: plaintiff's overdue oppositions to Liberty's demurrer and motion to strike. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/11/2004 | Craig Pynes | 348 | L240 20 | 0.20 | $193.00 | $38.60 | $38.60 | Dispositive Motions - Prepare reply brief in support of Liberty's demurrer and motion to strike second amended complaint. |
| 03/11/2004 | Craig Pynes | 349 | L320 20 | 0.40 | $193.00 | $77.20 | $77.20 | Document Production - Review claim manual documents in preparation for their production to plaintiff's counsel. |
| 03/11/2004 | Craig Pynes | 350 | 20 L320 | 0.40 | $193.00 | $77.20 | $77.20 | Document Production - Meet with plaintiff's counsel re: production. |
| 03/11/2004 | Craig Pynes | 351 | L210 20 | 0.20 | $193.00 | $38.60 | $38.60 | Pleadings - Review file and court website re: plaintiff's opposition to Liberty's demurrer and motion to strike and prepare memo to file re: same. |
| | | | | | | | | Document Production - Continue |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/11/2004 | Craig Pynes | 352 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | preparing letter to plaintiff's counsel and privilege log. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/15/2004 | Craig Pynes | 354 | L320 20 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Review further meet and confer letter from plaintiff's counsel re: document production. |
| 03/15/2004 | Craig Pynes | 355 | 20 L320 | 0.10 | $193.00 | $19.30 | $19.30 | Document Production - Review file re: documents witheld or redacted and discuss with Susan O. |
| 03/15/2004 | Craig Pynes | 356 | L240 20 | 0.40 | $193.00 | $77.20 | $77.20 | Dispositive Motions - Continue preparing reply in support of Liberty's demurrer and motion to strike. |

**REDACTED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03/16/2004 | Craig Pynes | 360 | L240 20 | 0.30 | $193.00 | $57.90 | $57.90 | Dispositive Motions - Review plaintiff's opposition to Liberty's demurrer. |
| 03/16/2004 | Craig Pynes | 361 | L210 20 | 0.30 | $193.00 | $57.90 | $57.90 | Pleadings - Review plaintiff's opposition to Liberty's motion to strike. |

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

**REDACTED**

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

**REDACTED**

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

**REDACTED**

**REDACTED**

Bottomline Legal eXchange

**REDACTED**

**REDACTED**

**REDACTED**

| Date | TK Name | LI # | Code | Hours | Rate | Orig. Amt | Curr. Amt | Description |
|------|---------|------|------|-------|------|-----------|-----------|-------------|

Expenses:

**REDACTED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/07/2003 | Craig Pynes | 42O | E112 21 | 338.80 | $1.00 | $338.80 | $338.80 | Court fees - 10/07/03; Superior Court Clerk; First Appearance + 2 Notices |

**REDACTED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/17/2003 | Craig Pynes | 424 | 21 E112 | 72.60 | $1.00 | $72.60 | $72.60 | Court fees - LASC; Demurrer & Motion to Strike Portions of FAC |

**REDACTED**

Billing Summary:
**Orig. Amt Curr. Amt**

Fees:
Expenses:      **REDACTED**
Totals:

Close