FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>[Declaration of Frank Falzetta filed concurrently] |

### STIPULATION

This Stipulation is entered into by and between plaintiff Largo Concrete, Inc. and plaintiff and counterdefendant N.M.N. Construction, Inc. (collectively "Plaintiffs"), by and through their attorney of record, Nicholas Roxborough Esquire, of Roxborough, Pomerance & Nye LLP, and defendant and counterclaimant Liberty Mutual Fire Insurance

1  Company ("Liberty Mutual"), by and through its attorney of record, Frank Falzetta,
2  Esquire of Sheppard, Mullin, Richter & Hampton LLP, with respect to the following facts:
3
4      WHEREAS, on October 23, 2007, Liberty Mutual filed a Motion to
5  Disqualify Roxborough, Pomerance & Nye (the "Roxborough firm") from representing
6  Plaintiffs in this matter;
7
8      WHEREAS, Liberty Mutual's Motion to Disqualify the Roxborough firm is
9  currently set for hearing before this Court on December 21, 2007;
10
11     WHEREAS, December 21, 2007 is also the last day for the parties to meet
12 and confer regarding their initial disclosures, early settlement, ADR process selection, and
13 discovery plan, and file a Joint ADR Certification;
14
15     WHEREAS, January 4, 2008 is the last day for the parties to file their Rule
16 26(f) Report, complete initial disclosures, and file a Case Management Statement;
17
18     WHEREAS, the Court has set an Initial Case Management Conference
19 ("CMC") to occur at 8:30 a.m. on January 11, 2008;
20
21     WHEREAS, Liberty Mutual cannot participate in the early meting of counsel
22 with the Roxborough firm because it believes that the Roxborough firm is ethically
23 prohibited from representing Plaintiffs adverse to Liberty Mutual in this matter;
24
25     WHEREAS, until the Court rules on Liberty Mutual's Motion to Disqualify
26 the Roxborough firm, it is premature for the parties to comply with the pre-CMC deadlines
27 or participate in a CMC.
28

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The CMC is continued to 8:30 a.m. on February 1, 2008; and

2. All other pre-CMC deadlines are continued as set forth in the Court's September 10, 2007 Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: December 19, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
FRANK FALZETTA
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

Dated: December 19, 2007

ROXBOROUGH, POMERANCE & NYE LLP

By _____
NICHOLAS ROXBOROUGH
Attorneys for Plaintiffs and Counterdefendant
LARGO CONCRETE, INC. and
N.MN. CONSTRUCTION, INC.

**ORDER**

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

W02-WEST:1SCS1\400610086.1

-3-

1         IT IS HEREBY ORDERED as follows:

2

3     1.    The CMC is continued to February 1, 2008; and

4

5     2.    All other pre-CMC deadlines are continued as set forth in the Court's

6 September 10, 2007 Order Setting Initial Case Management Conference and ADR

7 Deadlines.

8

9

10 Dated: December ___, 2007

11

12

13                               THE HON. CHARLES R. BREYER
                                  DISTRICT COURT JUDGE