FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780
Facsimile: 213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed: September 10, 2007]<br><br>**DECLARATION OF FRANK FALZETTA FILED IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

AND RELATED COUNTERCLAIM

**DECLARATION OF FRANK FALZETTA**

I, Frank Falzetta, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant and counterclaimant Liberty Mutual Fire Insurance Company ("Liberty Mutual"). I have

personal knowledge of the facts set forth below and, if called and sworn as a witness, could and would testify competently thereto.

2. On October 23, 2007, Liberty Mutual filed a Motion to Disqualify Roxborough, Pomerance & Nye (the "Roxborough firm") from representing plaintiff Largo Concrete, Inc. and plaintiff and counterdefendant N.M.N. Construction, Inc. (collectively "Plaintiffs") in this matter.

3. Liberty Mutual's Motion to Disqualify the Roxborough firm is currently set for hearing before this Court on December 21, 2007. December 21, 2007 is also the last day for the parties to meet and confer regarding their initial disclosures, early settlement, ADR process selection, and discovery plan, and file a Joint ADR Certification.

4. January 4, 2008 is the last day for the parties to file their Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement. Also, the Court has set an Initial Case Management Conference ("CMC") to occur at 8:30 a.m. on January 11, 2008.

Dated: December 19, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
FRANK FALZETTA
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY