**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-07-4651**

**LARGO CONCRETE, INC.  v.  LIBERTY MUTUAL FIRE INC.**

Attorneys:   Nicholas Roxborough                Frank Falzetta

Deputy Clerk: **Frank Justiliano**          Reporter:  **Lydia Zinn**

**PROCEEDINGS:**                                                                                **RULING:**

1. D's Motion to Disqualify Roxborough, Pomerance & Nye  held              SUBMITTED

2. 

3. 

4. 
   (  ) Status Conference      (  ) P/T Conference   (  ) Further Case Management Conference

**ORDERED AFTER HEARING:**


( X ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court  X

(  ) Referred to Magistrate Judge For: 
       (  )By Court        (  )Parties to approach Chief Magistrate in future

(  ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                         Type of Trial:  (  )Jury    (  )Court

Notes: