1  Nicholas P. Roxborough, Esq. (Bar No. 113540)
   Michael L. Phillips, Esq. (Bar No. 232978)
2  ROXBOROUGH, POMERANCE & NYE LLP
   5820 Canoga Ave., Suite 250
3  Woodland Hills, California 91367
   Telephone:  (818) 992-9999
4  Facsimile:  (818) 992-9991
   E-Mail:      npr@rpnlaw.com
5               mlp@rpnlaw.com

6  Attorneys for Plaintiffs/Counter-Defendants, LARGO
   CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation. | Case No.  C07-04651 CRB (ADR) *The Hon. Charles R. Breyer* |
| 13              Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| 14      v. | |
| 15  LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. | Current Date:         02/01/08 Proposed New Date:  02/29/08 |
| 18              Defendants. | |
| 19  AND RELATED COUNTERCLAIM | Complaint filed:  September 10, 2007 |

21      Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N.

22  CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY

23  MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel,

24  hereby enter into this Stipulation with respect to the following facts:

25      WHEREAS, on October 23, 2007, Liberty filed a Motion to Disqualify

26  Roxborough, Pomerance & Nye, LLP from representing Largo in this matter;

27      WHEREAS, a hearing was held in this Court on Liberty's motion on December

28  21, 2007;

1

1  WHEREAS, the Court filed its Order granting Liberty's motion on January 2,

2  2008;

3  WHEREAS, January 11, 2008 is the last day for the parties to meet and confer

4  regarding their initial disclosures, early settlement, ADR process selection, and

5  discovery plan, and file a Joint ADR Certification;

6  WHEREAS, January 25, 2008 is the last day for the parties to file their Rule 26(f)

7  Report, complete initial disclosures, and file a Case Management Statement;

8  WHEREAS, the Initial Case Management Conference ("CMC") is currently

9  scheduled to take place on February 1, 2008 at 10:00 a.m. in Courtroom 8 of this Court;

10  WHEREAS, Largo has been unavailable and only received the Court's Order on

11  January 8, 2008, and therefore requires additional time to address the contents and

12  implications of the Court's Order prior to engaging in the required meet and confer

13  process under Rule 26;

14  For these reasons, IT IS HEREBY STIPULATED by the parties, through their

15  respective counsel of record, that the Court enter an Order as follows:

16  A.  The Initial Case Management Conference currently scheduled for February

17  1, 2008 at 10:00 a.m. in Courtroom 8 of this Court is continued to March 7,

18  2008 at 10:00 a.m. in Courtroom 8 of this Court.

19  B.  All other pre-CMC deadlines are continued as set forth in the Court's

20  September 10, 2007 Order Setting Initial Case Management Conference

21  and ADR Deadlines.

22  IT IS SO STIPULATED.

23  DATED: January 9, 2008                ROXBOROUGH, POMERANCE & NYE LLP

24

25                                        By: _____

26                                            NICHOLAS P. ROXBOROUGH, ESQ.
                                             MICHAEL L. PHILLIPS, ESQ.
                                             Attorneys for Plaintiffs/Counter-Defendants,
27                                           LARGO CONCRETE, INC. and N.M.N.
                                             CONSTRUCTION, Inc.
28

2

STIPULATION AND [PROPOSED] ORDER                        Case No. C07-04651 CRB (ADR)

1  DATED: January 9, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

By: _____
SCOTT SVESLOSKY
Attorneys for Defendant/Counter-Claimant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

**ORDER**

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Initial Case Management Conference currently scheduled for February 1, 2008 at 10:00 a.m. in Courtroom 8 of this Court is continued to March 7, 2008 at 10:00 a.m. in Courtroom 8 of this Court.

B.    All other pre-CMC deadlines are continued as set forth in the Court's September 10, 2007 Order Setting Initial Case Management Conference and ADR Deadlines.

DATED: _____

_____
Honorable Judge Charles R. Breyer

3

## PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF LOS ANGELES        )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **January 9, 2008**, I served the foregoing documents described as **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Frank Falzetta, Esq.                     **ATTORNEYS FOR DEFENDANT**
Scott Sveslosky, Esq.                    **LIBERTY MUTUAL FIRE INSURANCE**
**SHEPPARD MULLIN RICHTER &**            **COMPANY**
     **HAMPTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Tel: (213) 620-1780 | Fax: (213) 620-1398
Email: ffalzetta@sheppardmullin.com
       ssveslosky@sheppardmullin.com

☒   **BY ELECTRONIC MAIL:** I caused such documents listed above to be transmitted via e-mail to each of the parties on the attached service list at the e-mail address as last given by that person on any document which he or she has filed in this action and served upon this office.

☐   **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the each addressee(s).

☒   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 9, 2008**, at Woodland Hills, California.

_____
KIM SCHWARZ

-1-