1 | Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
2 | ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
3 | Woodland Hills, California 91367
Telephone:  (818) 992-9999
4 | Facsimile:   (818) 992-9991
E-Mail:    npr@rpnlaw.com
5 |            mlp@rpnlaw.com

6 | Attorneys for Plaintiffs/Counter-Defendants, LARGO
CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation. | Case No.  C07-04651 CRB (ADR) *The Hon. Charles R. Breyer* |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. | Current Date:          02/01/08 Proposed New Date:   02/29/08 |
| Defendants. | |
| AND RELATED COUNTERCLAIM | Complaint filed:  September 10, 2007 |

21 | Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N.

22 | CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY

23 | MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel,

24 | hereby enter into this Stipulation with respect to the following facts:

25 | WHEREAS, on October 23, 2007, Liberty filed a Motion to Disqualify

26 | Roxborough, Pomerance & Nye, LLP from representing Largo in this matter;

27 | WHEREAS, a hearing was held in this Court on Liberty's motion on December

28 | 21, 2007;

1

WHEREAS, the Court filed its Order granting Liberty's motion on January 2, 2008;

WHEREAS, January 11, 2008 is the last day for the parties to meet and confer regarding their initial disclosures, early settlement, ADR process selection, and discovery plan, and file a Joint ADR Certification;

WHEREAS, January 25, 2008 is the last day for the parties to file their Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement;

WHEREAS, the Initial Case Management Conference ("CMC") is currently scheduled to take place on February 1, 2008 at ~~10:00 a.m.~~ in Courtroom 8 of this Court;

WHEREAS, Largo has been unavailable and only received the Court's Order on January 8, 2008, and therefore requires additional time to address the contents and implications of the Court's Order prior to engaging in the required meet and confer process under Rule 26;

For these reasons, IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, that the Court enter an Order as follows:

A.    The Initial Case Management Conference currently scheduled for February 1, 2008 at ~~10:00 a.m.~~ in Courtroom 8 of this Court is continued to March 7, 2008 at **8:30 a.m.** ~~10:00 a.m.~~ in Courtroom 8 of this Court.

B.    All other pre-CMC deadlines are continued as set forth in the Court's September 10, 2007 Order Setting Initial Case Management Conference and ADR Deadlines.

IT IS SO STIPULATED.

DATED: January 9, 2008                    ROXBOROUGH, POMERANCE & NYE LLP


By: _____
        NICHOLAS P. ROXBOROUGH, ESQ.
        MICHAEL L. PHILLIPS, ESQ.
        Attorneys for Plaintiffs/Counter-Defendants,
        LARGO CONCRETE, INC. and N.M.N.
        CONSTRUCTION, Inc.

STIPULATION AND [PROPOSED] ORDER                    Case No.  C07-04651 CRB (ADR)

1 DATED: January 9, 2008        SHEPPARD, MULLIN, RICHTER &
2                               HAMPTON LLP

3
                              By: _____
4                                 SCOTT SVESLOSKY
                                  Attorneys for Defendant/Counter-Claimant
5                                 LIBERTY MUTUAL FIRE INSURANCE
                                  COMPANY
6

7                                    **ORDER**

8        The Court, having read and considered the foregoing Stipulation, and good cause

9 appearing therefore,

10 IT IS HEREBY ORDERED AS FOLLOWS:

11    A.    The Initial Case Management Conference currently scheduled for February

12          1, 2008 at 10:00 a.m. in Courtroom 8 of this Court is continued to March 7,
                     **8:30 a.m.**
13          2008 at 10:00 a.m. in Courtroom 8 of this Court.

14    B.    All other pre-CMC deadlines are continued as set forth in the Court's

15          September 10, 2007 Order Setting Initial Case Management Conference

16          and ADR Deadlines.

17 DATED: _____January 11, 2008_____

18                                            _____
19                                            Honorable Judge Charles R. Breyer
20
21                                       IT IS SO ORDERED
22
                                         Judge Charles R. Breyer
23
24
25
26
27
28

                                         3