Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:   (818) 992-9999
Facsimile:   (818) 992-9991
E-Mail:      npr@rpnlaw.com
             mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**[PROPOSED] ORDER ON LARGO'S *EX PARTE* APPLICATION FOR:**<br><br>**1) STAY OF ALL PROCEEDINGS PENDING DISPOSITION OF LARGO'S PETITION FOR WRIT OF MANDAMUS; and**<br><br>**2) RULINGS ON LARGO'S OBJECTIONS TO EVIDENCE PRESENTED BY LMF IN SUPPORT OF ITS MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE & NYE**<br><br>Complaint filed:   September 10, 2007 |

Having considered Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.'s (hereinafter "Largo"), *Ex Parte* Application for:

1.  Order granting a stay of all proceedings pending disposition of Largo's Petition for Writ of Mandamus seeking reversal of the District Court's granting of LIBERTY MUTUAL FIRE INSURANCE COMPANY's (hereinafter "LMF") motion to disqualify Roxborough, Pomerance & Nye ("RPN") from representing Largo in this matter;

1

2.  Rulings on Largo's Objections to evidence submitted by LMF in support of its motion to disqualify Roxborough, Pomerance & Nye from representing Largo in this matter; and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1.  All proceedings in this matter are stayed pending disposition of Largo's Petition for Writ of Mandamus seeking reversal of the District Court's granting of LIBERTY MUTUAL FIRE INSURANCE COMPANY's motion to disqualify Roxborough, Pomerance & Nye from representing Largo in this matter.

2.  The Court's rulings on Largo's evidentiary objections are as follows:

### A.  Objections to Evidence Submitted In Support of LMF's Motion

1) <u>Declaration of Lisa Kralik Hansen</u>

Largo objected to each and every paragraph of the Declaration of Lisa Kralik Hansen ("Hansen") based on Evidence Code Sections 402, 403, 602, 802, and 805 in that it is irrelevant, based on speculation, is vague and misleading, lacks personal knowledge and/or is based on hearsay, is inherently weak, and is not the best evidence available.

Objection:     Granted/Denied

2) <u>Declaration of Melodee Yee</u>

Largo objected to each and every paragraph of the Declaration of Melodee Yee ("Yee") based on Evidence Code Sections 402, 403, 602, 802, and 805 in that it is tantamount to perjury, is irrelevant, is based on speculation, is vague, lacks personal knowledge and/or is based on hearsay, is inherently weak, and is not the best evidence available.

Objection:     Granted/Denied

### B.  Objections to Evidence Submitted In Support of LMF's Reply Brief

1) <u>General Objections</u>

Largo objected to each and every declaration submitted in conjunction with LMF's Reply to Largo's Opposition on the grounds that any evidence contained within such declaration should have been presented in conjunction with LMF's moving papers.

Objection:     Granted/Denied

2)	Specific Objections

    a.	Declaration of Greg Farkas

Largo objected to Paragraphs 2 and 5 of the Declaration of Greg Farkas on the grounds that Exhibits "B" and "F" described therein were not provided for Largo's review.

    Objection:	Granted/Denied

    b.	Declaration of Hector Barba

Largo objected to Paragraph 2 of the Declaration of Hector Barba based on Evidence Code Sections 402 and 403 on the grounds that the statements contained therein are irrelevant, conclusory, and misleading.

    Objection:	Granted/Denied

    c.	Declaration of William Cupelo

Largo objected to Paragraphs 3 and 4 of the Declaration of William Cupelo based on Evidence Code Sections 402 and 403 on the grounds that the statements contained therein are irrelevant and misleading.

    Objection:	Granted/Denied

    d.	Declaration of Ron Skocypec

Largo objected to Paragraphs 4, 5, and 6 of the Declaration of Ron Skocypec based on Evidence Code Sections 402, 403 and 602 on the grounds that the statements contained therein lack foundation and are irrelevant and misleading.

    Objection:	Granted/Denied

    e.	Supplemental Declaration of Scott Sveslosky

Largo objected to Paragraphs 6, 7, 8, and 10 of the Supplemental Declaration of Scott Sveslosky based on Evidence Code Sections 402, 403, and 602 on the grounds that the statements contained therein lack foundation and are irrelevant and misleading.

    Objection:	Granted/Denied

///

///

///

    f.  Declaration of Frank Falzetta

Largo objected to Paragraph 3 of the Declaration of Frank Falzetta based on Evidence Code Sections 402 and 403 on the grounds that the statements contained therein are irrelevant and misleading.

    Objection:  Granted/Denied

    g.  Declaration of Greg Brisee

Largo objected to Paragraphs 1 and 2 of the Declaration of Greg Brisee based on Evidence Code Sections 402 and 403 on the grounds that the statements contained therein are irrelevant and misleading.

    Objection:  Granted/Denied

IT IS SO ORDERED

DATED: January ____, 2008

              _____
              THE HONORABLE CHARLES R. BREYER
              UNITED STATES DISTRICT COURT JUDGE

4

[PROPOSED] ORDER               Case No. C07-04651 CRB (ADR)

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5820 Canoga Avenue, Suite 250, Woodland Hills, California 91367.

On **January 29, 2008**, I served the foregoing documents described as:

**[PROPOSED] ORDER ON LARGO'S *EX PARTE* APPLICATION FOR: 1) STAY OF ALL PROCEEDINGS PENDING DISPOSITION OF LARGO'S PETITION FOR WRIT OF MANDAMUS; and 2) RULINGS ON LARGO'S OBECTIONS TO EVIDENCE PRESENTED BY LMF IN SUPPORT OF ITS MOTION TO DISQUALIFY ROXBOROUGH, POMERANCE & NYE**

on the interested party(ies) in this action listed below:

| | |
|---|---|
| Frank Falzetta, Esq.<br>Scott Sveslosky, Esq.<br>**SHEPPARD MULLIN RICHTER &<br>   HAMPTON LLP**<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA  90071-1448<br>Tel:  (213) 620-1780 \| Fax:   (213) 620-1398<br>Email:  ffalzetta@sheppardmullin.com<br>            ssveslosky@sheppardmullin.com | **ATTORNEYS FOR DEFENDANT<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY** |

☒ **BY ELECTRONIC MAIL:** I caused such documents listed above to be transmitted via e-mail to each of the parties on the attached service list at the e-mail address as last given by that person on any document which he or she has filed in this action and served upon this office.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the each addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 29, 2008**, at Woodland Hills, California.

_____
Kim Schwarz

5

[PROPOSED] ORDER                                                          Case No. C07-04651 CRB (ADR)