IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., et al., | No. C 07-04651 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

The Court will hear oral argument on plaintiffs' motion for a stay at 10 a.m. on Friday, March 7, 2008. Any further submissions in support or opposition to the motion must be filed on or before February 22, 2008.

The Court will not rule on plaintiffs' objections to evidence. The Court's Order specifically identified its reasons for its findings and the evidence it relied upon; primarily, Pynes' admission that he worked on the Tony Fine Food's case and the billing records describing the work he performed. The Court's Order makes clear that its ruling was *not* based on defendant's argument that the non-workers compensation bad faith work was substantially related.

**IT IS SO ORDERED.**

Dated: Feb. 11, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4651\orderrehearing.wpd