1  Nicholas P. Roxborough, Esq. (Bar No. 113540)
   Michael L. Phillips, Esq. (Bar No. 232978)
2  ROXBOROUGH, POMERANCE & NYE LLP
   5820 Canoga Ave., Suite 250
3  Woodland Hills, California 91367
   Telephone: (818) 992-9999
4  Facsimile:  (818) 992-9991
   E-Mail:     npr@rpnlaw.com
5              mlp@rpnlaw.com

6  Attorneys for Plaintiffs/Counter-Defendants, LARGO
   CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.
7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation. | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer* |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE FOR ORAL ARGUMENT ON PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY PROCEEDINGS** |
| v. | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive. | |
| Defendants. | Hearing Date:       03/07/08 |
| AND RELATED COUNTERCLAIM | Complaint filed:   September 10, 2007 |

Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel, hereby enter into this Stipulation with respect to the following facts:

WHEREAS, on January 29, 2008, Largo filed an *Ex Parte* Application to Stay Proceedings Pending Disposition of Petition for Writ of Mandamus and for Rulings on

1

STIPULATION AND [PROPOSED] ORDER                    Case No. C07-04651 CRB (ADR)

Objections Submitted by Largo to Evidence Presented by Liberty in Support of Motion to Disqualify RPN;

WHEREAS, on February 11, 2008 the Court filed its Order requesting oral argument on Largo's *Ex Parte* Application for a Stay and indicating that the Court will not rule on Objections Submitted by Largo to Evidence Presented by Liberty in Support of Motion to Disqualify RPN;

WHEREAS, the offices of counsel for both Largo and Liberty are located in Southern California;

WHEREAS, counsel for Largo and Liberty desire to present their arguments to the Court on Largo's *Ex Parte* Application in a time and cost efficient manner.

For these reasons, IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, that the Court enter an Order as follows:

A. Counsel for Largo and Liberty shall be permitted to appear via telephone for the hearing on Largo's *Ex Parte* Application to Stay Proceedings currently scheduled for 10:00 a.m. on Friday, March 7, 2008.

B. The call will be initiated by the Court at 10:00 a.m. on February 1, 2008 and counsel for Largo and Liberty will be on stand-by until this matter is called for hearing by the Court clerk.

IT IS SO STIPULATED.

DATED: March 3, 2008

ROXBOROUGH, POMERANCE & NYE LLP

By: _____
NICHOLAS P. ROXBOROUGH, ESQ.
MICHAEL L. PHILLIPS, ESQ.
Attorneys for Plaintiffs/Counter-Defendants,
LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, Inc.

///
///
///
///

DATED: March 3, 2008            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
    FRANK FALZETTA
    SCOTT SVESLOSKY
    Attorneys for Defendant/Counter-Claimant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

## ORDER

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

    A.    Counsel for Largo and Liberty shall be permitted to appear via telephone for the hearing on Largo's *Ex Parte* Application to Stay Proceedings currently scheduled for 10:00 a.m. on Friday, March 7, 2008.

    B.    The call will be initiated by the Court at 10:00 a.m. on February 1, 2008 and counsel for Largo and Liberty will be on stand-by until this matter is called for hearing by the Court clerk

DATED: _____

_____
Honorable Judge Charles R. Breyer