Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
E-Mail: npr@rpnlaw.com
mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE FOR ORAL ARGUMENT ON PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY PROCEEDINGS**<br><br>Hearing Date: 03/07/08 |
| AND RELATED COUNTERCLAIM | Complaint filed: September 10, 2007 |

Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel, hereby enter into this Stipulation with respect to the following facts:

WHEREAS, on January 29, 2008, Largo filed an *Ex Parte* Application to Stay Proceedings Pending Disposition of Petition for Writ of Mandamus and for Rulings on

1

1  Objections Submitted by Largo to Evidence Presented by Liberty in Support of Motion
2  to Disqualify RPN;
3      WHEREAS, on February 11, 2008 the Court filed its Order requesting oral
4  argument on Largo's *Ex Parte* Application for a Stay and indicating that the Court will
5  not rule on Objections Submitted by Largo to Evidence Presented by Liberty in Support
6  of Motion to Disqualify RPN;
7      WHEREAS, the offices of counsel for both Largo and Liberty are located in
8  Southern California;
9      WHEREAS, counsel for Largo and Liberty desire to present their arguments to
10 the Court on Largo's *Ex Parte* Application in a time and cost efficient manner.
11     For these reasons, IT IS HEREBY STIPULATED by the parties, through their
12 respective counsel of record, that the Court enter an Order as follows:
13     A.  Counsel for Largo and Liberty shall be permitted to appear via telephone
14         for the hearing on Largo's *Ex Parte* Application to Stay Proceedings
15         currently scheduled for 10:00 a.m. on Friday, March 7, 2008.
16     B.  The call will be initiated by the Court at 10:00 a.m. on February 1, 2008
17         and counsel for Largo and Liberty will be on stand-by until this matter is
18         called for hearing by the Court clerk.
19 IT IS SO STIPULATED.
20 DATED: March 3, 2008             ROXBOROUGH, POMERANCE & NYE LLP
21
22                                  By: _____
                                        NICHOLAS P. ROXBOROUGH, ESQ.
23                                      MICHAEL L. PHILLIPS, ESQ.
                                    Attorneys for Plaintiffs/Counter-Defendants,
24                                  LARGO CONCRETE, INC. and N.M.N.
                                    CONSTRUCTION, Inc.
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | DATED: March 3, 2008 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |

By: _____
FRANK FALZETTA
SCOTT SVESLOSKY
Attorneys for Defendant/Counter-Claimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

## ORDER

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

A. Counsel for Largo and Liberty shall be permitted to appear via telephone for the hearing on Largo's *Ex Parte* Application to Stay Proceedings currently scheduled for 10:00 a.m. on Friday, March 7, 2008.

B. The call will be initiated by the Court at 10:00 a.m. on February 1, 2008 and counsel for Largo and Liberty will be on stand-by until this matter is called for hearing by the Court clerk

DATED: _March 5, 2008_____

_____
Honeyer

IT IS SO ORDERED
Judge Charles R. Breyer