Nicholas P. Roxborough, Esq. (Bar No. 113540)
Michael L. Phillips, Esq. (Bar No. 232978)
ROXBOROUGH, POMERANCE & NYE LLP
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Telephone:  (818) 992-9999
Facsimile:   (818) 992-9991
E-Mail:      npr@rpnlaw.com
             mlp@rpnlaw.com

Attorneys for Plaintiffs/Counter-Defendants, LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br>*The Hon. Charles R. Breyer*<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONE FOR ORAL ARGUMENT ON PLAINTIFFS'** *EX PARTE* **APPLICATION TO STAY PROCEEDINGS**<br><br>Hearing Date:     03/07/08<br><br>Complaint filed:  September 10, 2007 |

Plaintiffs/Counter-Defendants LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, INC ("Largo") and Defendant/Counter-Claimant LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty"), by and through their counsel, hereby enter into this Stipulation with respect to the following facts:

WHEREAS, on January 29, 2008, Largo filed an *Ex Parte* Application to Stay Proceedings Pending Disposition of Petition for Writ of Mandamus and for Rulings on

1

STIPULATION AND [PROPOSED] ORDER                   Case No. C07-04651 CRB (ADR)

Objections Submitted by Largo to Evidence Presented by Liberty in Support of Motion to Disqualify RPN;

WHEREAS, on February 11, 2008 the Court filed its Order requesting oral argument on Largo's *Ex Parte* Application for a Stay and indicating that the Court will not rule on Objections Submitted by Largo to Evidence Presented by Liberty in Support of Motion to Disqualify RPN;

WHEREAS, the offices of counsel for both Largo and Liberty are located in Southern California;

WHEREAS, counsel for Largo and Liberty desire to present their arguments to the Court on Largo's *Ex Parte* Application in a time and cost efficient manner.

For these reasons, IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, that the Court enter an Order as follows:

A. Counsel for Largo and Liberty shall be permitted to appear via telephone for the hearing on Largo's *Ex Parte* Application to Stay Proceedings currently scheduled for 10:00 a.m. on Friday, March 7, 2008.

B. The call will be initiated by the Court at 10:00 a.m. on February 1, 2008 and counsel for Largo and Liberty will be on stand-by until this matter is called for hearing by the Court clerk.

IT IS SO STIPULATED.

DATED: March 3, 2008

ROXBOROUGH, POMERANCE & NYE LLP

By: _____
NICHOLAS P. ROXBOROUGH, ESQ.
MICHAEL L. PHILLIPS, ESQ.
Attorneys for Plaintiffs/Counter-Defendants,
LARGO CONCRETE, INC. and N.M.N. CONSTRUCTION, Inc.

///
///
///
///

```
 1  DATED: March 3, 2008              SHEPPARD, MULLIN, RICHTER &
                                      HAMPTON LLP
 2
 3                                    By: _____
                                          FRANK FALZETTA
 4                                        SCOTT SVESLOSKY
                                      Attorneys for Defendant/Counter-Claimant
 5                                    LIBERTY MUTUAL FIRE INSURANCE
                                      COMPANY
 6
 7                                          ORDER
 8         The Court, having read and considered the foregoing Stipulation, and good cause
 9  appearing therefore,
10  IT IS HEREBY ORDERED AS FOLLOWS:
11      A.   Counsel for Largo and Liberty shall be permitted to appear via telephone
12           for the hearing on Largo's Ex Parte Application to Stay Proceedings
13           currently scheduled for 10:00 a.m. on Friday, March 7, 2008.
14      B.   The call will be initiated by the Court at 10:00 a.m. on ~~February 1,~~ 2008
15           and counsel for Largo and Liberty will be on stand-by until this matter is
16           called for hearing by the Court clerk
17
18  DATED: __March 6, 2008__
19
20                                    _____
                                      Honorable P. Breyer
21
22
23
24
25
26
27
28
```



IT IS SO ORDERED
Judge Charles R. Breyer

---

STIPULATION AND [PROPOSED] ORDER            Case No. C07-04651 CRB (ADR)