**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 7, 2008**

**C-07-04651CRB**

**LARGO CONCRETE, INC. v. LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Attorneys:    Michael Phillips,              Frank Falzetta

              Nicolas Roxborough

Deputy Clerk: **BARBARA ESPINOZA**     Reporter: **Not Reported**

| PROCEEDINGS: | RULING: |
|---|---|
| 1. P's Motion to Stay | Granted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

Writ to be filed with the 9th Circuit within forty-five (45) days.

( ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO June 13, 2008 @ 8:30 a.m. For Status Conference by telephone

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____             Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                        Type of Trial: ( )Jury   ( )Court

Notes: _____