**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 13, 2008**

**C-07-04651** CRB

**LARGO CONCRETE, INC.** v. **LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Attorneys:   Michael Phillips                Scott Svesloski

Deputy Clerk: **BARBARA ESPINOZA**    Reporter: **Not Reported**

**PROCEEDINGS:**                                                                          **RULING:**

1. Telephonic Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

Counsel advised the Court that the matter is at the Court of Appeals on a Writ of Mandamus and request the Court to continue matter for 30 days.  Counsel may appear by phone at the next conference

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge for: ____

(X) CASE CONTINUED TO August 01, 2008 @ 8:30 a.m. for Status Conference

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____
Plntf to Name Experts by ____             Deft to Name Experts by ____
P/T Conference Date ____   Trial Date ____   Set for ____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: ____