FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation. | No. 08-71669<br><br>D.C. No. 3:07-cv-04651-CRB<br>Northern District of California,<br>San Francisco |
| LARGO CONCRETE, INC.; et al.,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>　　　　　Respondent,<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　　Real Party in Interest. | ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

　　This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the date of this order, the real party in interest shall file a response.

ST/MOATT

The district court, within 14 days after the date of this order, may file a response if it so desires. Petitioner may file a reply within 5 days after service of the response(s). The petition, response(s), and any reply shall be referred to the next available motions panel.