**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 01, 2008**

**C-07-04651** CRB

**LARGO CONCRETE, INC.  v.  LIBERTY MUTUAL FIRE INSURANCE COMPANY**

Attorneys:   Michael Phillips

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                      **RULING:**

1. Telephonic Status Conference - Held

2.

3.

**ORDERED AFTER HEARING:**

The Court continues the matter pending the petition for writ of mandamus filed with the Ninth Circuit.

( ) ORDER TO BE PREPARED BY:   Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO October 31, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                                  Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                     Deft to Name Experts by _____
P/T Conference Date _____        Trial Date _____        Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____