**FILED**

UNITED STATES COURT OF APPEALS

OCT 08 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LARGO CONCRETE, INC., a California Corporation N.M.N. CONSTRUCTION, INC., a California Corporation. | No. 08-71669<br><br>D.C. No. 3:07-cv-04651-CRB<br>Northern District of California, San Francisco |
| LARGO CONCRETE, INC.; et al.,<br><br>        Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Respondent,<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Real Party in Interest. | ORDER |

Before:  WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

     Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

LN/MOATT