IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., | No. C 07-4651 CRB (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING HEARING** |
| LIBERTY MUTUAL FIRE INSURANCE CO., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing on June 11, 2009 regarding Plaintiffs' Motion for Court Order Allowing Production of Claims Files. (Dkt. #114.) The Court hereby CONTINUES the hearing to June 25, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. As the deadline for filing any opposition has passed, the briefing schedule shall not be altered. **Plaintiffs shall serve this Order upon all parties not registered in the ECF system.**

**IT IS SO ORDERED.**

Dated: May 27, 2009

MARIA ELENA JAMES
United States Magistrate Judge