1  FRANK FALZETTA, Cal. Bar No. 125146
   SCOTT SVESLOSKY, Cal. Bar No. 217660
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
4  Facsimile:    213-620-1398
   ffalzetta@sheppardmullin.com
5  ssveslosky@sheppardmullin.com

6  TED C. LINDQUIST, III, Cal. Bar No. 178523
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4109
8  Telephone:    415-434-9100
   Facsimile:    415-434-3947
9  tlindquist@sheppardmullin.com

10 Attorneys for Defendant and Counterclaimant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed:  September 10, 2007]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

## STIPULATION

This Stipulation is entered into by and between plaintiff Largo Concrete, Inc. and plaintiff and counterdefendant N.M.N. Construction, Inc. (collectively "Plaintiffs"), by and through their attorney of record, Kevin Kevorkian, Esquire of the Law Offices of Kevin B. Kevorkian and defendant and counterclaimant Liberty Mutual Fire Insurance

1 | Company ("Liberty Mutual"), by and through its attorney of record, Scott Sveslosky,
2 | Esquire of Sheppard, Mullin, Richter & Hampton LLP, with respect to the following facts:

WHEREAS, since the last status conference with the Court on February 6, 2009, the parties have engaged in expert and non-expert discovery, including the exchange of expert witness reports;

WHEREAS, the Court has set a Further Case Management Conference ("CMC") to occur at 8:30 a.m. on August 21, 2009;

WHEREAS, the parties are not scheduled to participate in mediation until September 15, 2009;

WHEREAS, the parties believe that a CMC will be more productive, or possibly unnecessary, after they have had the opportunity to participate in mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The CMC is continued to 8:30 a.m. on September 25, 2009.

Dated: August 5, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
SCOTT SVESLOSKY
Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

W02-WEST:1SCS1\401705271.1                -2-

Dated: August 5, 2009

          THE LAW OFFICES OF KEVIN B. KEVORKIAN

By _/s/ Kevin Kevorkian_
KEVIN KEVORKIAN
Attorneys for Plaintiffs and Counterdefendant
LARGO CONCRETE, INC. and
N.MN. CONSTRUCTION, INC.

## ORDER

The Court, having read and considered the foregoing Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1.     The CMC is continued to September 25, 2009.

Dated: August 11, 2009

**GRANTED**
Judge Charles R. Breyer

_____
THE HON. CHARLES R. BREYER
DISTRICT COURT JUDGE

W02-WEST:1SCS1\401705271.1         -3-