FRANK FALZETTA, Cal. Bar No. 125146
SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398
ffalzetta@sheppardmullin.com
ssveslosky@sheppardmullin.com

TED C. LINDQUIST, III, Cal. Bar No. 178523
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947
tlindquist@sheppardmullin.com

Attorneys for Defendant and Counterclaimant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGO CONCRETE, INC., a California Corporation; N.M.N. CONSTRUCTION, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C07-04651 CRB (ADR)<br><br>Hon. Charles R. Breyer<br>[Complaint Filed:  September 10, 2007]<br><br>**AMENDED [PROPOSED] ORDER ON LIBERTY MUTUAL FIRE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 25, 2009<br>Time:  8:30 a.m.<br>Place:  Courtroom 8 |

1 |       Having considered Defendant and Counterclaimant Liberty Mutual Fire Insurance Company's Request to the Clerk of the Court to appear telephonically for the case management conference hearing, scheduled for September 25, 2009, at 8:30 a.m., and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

      1.    Frank Falzetta, counsel for Liberty Mutual (213-617-4194) may appear telephonically at the case management conference hearing, scheduled for September 25, 2009, at 8:30 a.m.; and

      2.    The Court will initiate the call at 8:30 a.m. on September 25, 2009 and counsel for Liberty Mutual will be on standby until this matter is called for hearing by the Court Clerk.

IT IS SO ORDERED.

Dated: September 24, 2009

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

1  Respectfully Submitted by:

2  Dated: September 24, 2009

3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4

5  By _____
   FRANK FALZETTA
6  Attorneys for Defendant and Counterclaimant
   LIBERTY MUTUAL FIRE INSURANCE COMPANY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28